DISTRICT COURT, CITY AND COUNTY OF DENVER,
STATE OF COLORADO
1437 Bannock Street
Denver, CO 80202

**Plaintiff**: VANLINER INSURANCE COMPANY, a
Delaware corporation,

v.

**Defendants**: MICHAEL ANGELO; INTERNAL REVENUE
SERVICE; THE COLORADO DIVISION OF HUMAN
SERVICES; SAWAYA ROSE MCCLURE & WILHITE,
P.C.; and COLORADO DEPARTMENT OF HEALTH
CARE POLICY AND FINANCING.

▲ COURT USE ONLY ▲

Case No. 2017CV31850

Div.:    414        Crtm.:

*Attorney for Plaintiff:*
Andrew J. Carafelli, # 25071
NIXON SHEFRIN HENSEN OGBURN, P.C.
5619 DTC Parkway, Suite 1200
Greenwood Village, Colorado 80111
Phone: (303) 773-3500
acarafelli@nixonshefrin.com

## AMENDED COMPLAINT FOR INTERPLEADER AND DECLARATORY JUDGMENT

Plaintiff, Vanliner Insurance Company ("Vanliner"), through its attorney, Andrew J. Carafelli, of the law firm Nixon Shefrin, Hensen Ogburn, P.C., for its amended cause of action against the Defendants, alleges and states as follows:

### I.    PARTIES

1.    At all times herein mentioned, Vanliner was a wholly owned subsidiary of National Interstate Insurance Company whose headquarters are located in Richfield, Ohio and Vanliner is licensed to sell and write insurance policies in the State of Colorado.

2.    Defendant Michael Angelo, upon information and belief, is a resident of Adams County, Colorado and was allegedly injured in the accident referenced in Paragraph 7 of this Amended Complaint and may have a claim to the funds interpled.

3.      Defendant Internal Revenue Service, upon information and belief, has a claim to the funds sought to be interpled, or a lien by virtue of non-payment of Federal income taxes owed by Defendant Angelo.

4.      Defendant Colorado Department of Human Services, upon information and belief, has a claim to the funds sought to be interpled or a lien by virtue of unpaid child support services due and owing by Defendant Angelo.

5.      Defendant Sawaya Rose McClure & Wilhite, P.C., upon information and belief, has a claim to the funds sought to be interpled or has a lien by virtue of attorney services rendered to Defendant Angelo.

6.      Defendant Colorado Department of Health Care Policy and Financing may have a claim on funds sought to be interpled or by virtue of a lien for Medicaid payments made on behalf of Defendant Angelo.

7.      Venue is proper in this Court pursuant to C.R.C.P. 98(c)(6).

## II.    CLAIMS FOR RELIEF

8.      Defendant Michael Angelo is an employee of the Plaintiff who was driving a Vanliner truck that was involved in an accident which gives rise to this action.

9.      On January 4, 2014, Defendant Angelo, while driving at truck in the course and scope of his employment with Vanliner Insurance, was involved in a motor vehicle collision near Mile Marker 134 on Interstate 25 in El Paso County, Colorado.

10.     At that time, Nicole Gaal-Jordan was traveling southbound on the Interstate when her 2001 Jeep Wrangler lost traction on the ice and snow and began to rotate counterclockwise into the left lane from the right lane.

11.     Defendant Angelo was traveling a short distance behind Ms. Gaal-Jordan when Ms. Gaal-Jordan's Jeep came into his lane, at which point in time, he swerved his truck to the left to avoid impacting the Jeep. In doing so, Mr. Angelo's' truck ran off the left side of the Interstate and rolled into the median, ultimately entering the northbound lanes of Interstate 25 where it collided with other vehicles.

12.     As a result of the accident, Ms. Gaal-Jordan was cited with careless driving, causing bodily injury.

13.     Further, as a result of the accident, Defendant Angelo allegedly sustained injuries and as a result thereof, made a claim against Ms. Gaal-Jordan's insurance policy. Thereafter, Ms. Gaal-Jordan's insurance carrier settled with Plaintiff. However, due to many claims against

2

Ms. Gaal-Jordan's insurance policy, the limits of that policy were expended. As such, Defendant Angelo has made a claim against Vanliner's insurance policy for Underinsured Motorist benefits.

14.    At the time of the accident, Defendant Angelo's vehicle was insured by an insurance policy ("Policy") issued by Vanliner that provided at least the statutory minimum coverage as required under Colorado law which included provisions for underinsured motorist (UIM) benefits in the amount of Fifty Thousand and 00/100 Dollars ($50,000.00).

15.    Defendant Angelo filed a claim to the proceeds of the Policy on or about January 4, 2014.

16.    Vanliner has incurred, is incurring and will continue to incur costs and attorneys' fees in bringing this action.

17.    Vanliner seeks to be discharged from this action and released from any and all claims, whether in contract or in tort, damages, actions, causes of action on account of injuries to persons, damaged property, or loss or expense in any way resulting, or which may in the future result, as well as any claim that may be made by any of the Defendants against Vanliner relating to the accident described in paragraph 7 of this Amended Complaint or the payment or distribution of the Policy proceeds.

18.    Vanliner cannot pay Underinsured Motorist ("UM") Policy limits without taking upon itself the responsibility of determining disputed questions of law and fact; without incurring risk of being subjected to great costs and expenses in defending itself; without incurring the risk of double payment, if it should finally appear that Vanliner wrongfully determined in favor of one Defendant at the expense of another and without being exposed to or involved in a multiplicity of suits.

## FIRST CLAIM FOR RELIEF
### (Interpleader)

19.    Vanliner realleges and incorporates herein by reference the preceding allegations of this Amended Complaint.

20.    Vanliner admits that it owes payment of the remaining proceeds of the Policy, but as a result of the conflicting claims and liens, a controversy exists as to the extent, if any, to the Defendant's entitlement to the proceeds.

21.    Vanliner seeks an Order from this Court allowing it to interplead the total Policy limits of the Policy for judicial determination and disposition of the Policy proceeds. Vanliner does so without admitting liability on the part of Vanliner or its insured.

22.    Vanliner claims no interest in the Policy proceeds.

3

## SECOND CLAIM FOR RELIEF
### (Declaratory Judgment)

23.    Vanliner realleges and incorporates by reference the preceding allegations of this Amended Complaint.

24.    On information and belief, Defendants may claim benefits and/or entitlements under or to the Policy.

25.    Because there exists purported outstanding child support liens, Federal tax liability liens, attorney liens and Medicaid liens held by the various Defendants and against Defendant Angelo, a controversy exists as to which Defendant is entitled to any payment under the policy and if so, the amount of said entitlement.

**WHEREFORE,** Plaintiff Vanliner respectfully requests entry of judgment as follows:

(a)    That Vanliner be permitted to pay the amount of Fifty Thousand Dollars ($50,000.00) to the Clerk of this Court, to be held pending adjudication of the privity of claims or liens of the Defendants;

(b)    That Defendants assert their claims, if any, to the proceeds of the Policy attached hereto as **Exhibit A**, and that the Court proceed to determine the entitlement, if any, of the Defendants;

(c)    That the Court enter an Order enjoining the Defendants from commencing or prosecuting any action against Vanliner for a recovery of the insurance policy proceeds deposited with the Court in connection with the commencement of this action;

(d)    That upon payment of the Policy proceeds to the Clerk of Court, the Court dismisses Vanliner from this action and discharges Vanliner from any further liability on account of the motor vehicle policy;

(e)    That the Court enters judgment declaring Vanliner has no liability to the Defendants under the Policy attached hereto as **Exhibit A**;

(f)    That the Court award Vanliner any costs to which it may be entitled; and

(g)    That the Court awards such other and further relief to which the parties may be entitled.

4

Dated this 26+ day of May, 2017.

NIXON SHEFRIN HENSEN OGBURN, P.C.

*s/ Andrew J. Carafelli*
Andrew J. Carafelli, No. 25071
*Attorneys for Vanliner Insurance Company*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 26th day of May, 2017, a true and correct copy of the foregoing **AMENDED COMPLAINT FOR INTERPLEADER AND DECLARATORY JUDGMENT** was filed via ICCES, and served on the following:

Michael Angelo
c/o Robert Caldwell, Esq.
Sawaya Rose McClure & Wilhite, P.C.
1600 N. Ogden St.
Denver, CO 80218
*Email: rcaldwell@sawayalaw.com*

Internal Revenue Service
c/o United States Attorney's Office
District of Colorado
1801 California St., Suite 1600
Denver, CO 80202
*U.S. Certified Mail*

Colorado Division of Human Service
c/o Colorado Attorney General
Ralph L. Carr Judicial Building
1300 Broadway, 10th Floor
Denver, CO 80203
*U.S. Certified Mail*

Robert Caldwell, Esq.
Sawaya Rose McClure & Wilhite, P.C.
1600 N. Ogden St.
Denver, CO 80218
*Email: rcaldwell@sawayalaw.com*

Colorado Department of Health Policy and Financing
c/o Colorado Attorney General
Ralph L. Carr Judicial Building
1300 Broadway, 10th Floor
Denver, CO 80203
*U.S. Certified Mail*

*s/ Peggy Skinner*
Peggy Skinner

5

## Vanliner Insurance Company

One Premier Drive
St. Louis, MO 63026

**REDACTED**

### TRUCKERS DECLARATIONS

| Policy Number | Policy Period From | To |
|---|---|---|
| TRT 3049500 12 | 02/01/2013 | 02/01/2014 |
| | 12:01 A.M. Standard Time at the described location | |

**Transaction**

RENEWAL DECLARATION

| Named Insured and Address | Agent |
|---|---|
| ASP, INC.<br>3403 EAST ROSSER AVENUE<br>BISMARCK ND 58501-3399 | TPSC - 1<br>ONE PREMIER DRIVE<br>FENTON, MO 63026<br><br>Telephone:    636-343-9889         0000001 |

| Business Description | Type of Business |
|---|---|
| MOVING & STORAGE | CORPORATION |

### ITEM TWO: SCHEDULE OF COVERAGES AND COVERED AUTOS

This policy provides only those coverages where a charge is shown in the premium column below. Each coverage will apply only to those "autos" shown as covered "autos", indicated by the entry of one or more symbols from the COVERED AUTO Section of the Truckers Coverage Form next to the name of the coverage.

| COVERAGES | | COVERED AUTO SYMBOLS | LIMIT — THE MOST WE WILL PAY FOR ANY ONE ACCIDENT OR LOSS | PREMIUM |
|---|---|---|---|---|
| LIABILITY | | 41 | $ 1,000,000    per accident | $ ▓ |
| PERSONAL INJURY PROTECTION (or equivalent No-fault coverage) | | 44 | Separately stated in each PIP endorsement | $ ▓ |
| ADDED PERSONAL INJURY PROT. (or equivalent No-fault coverage) | | | Separately stated in each Added PIP endorsement | |
| PROPERTY PROTECTION INS. (MI ONLY) | | | Separately Stated In The P.P.I. Endorsement Minus $    Ded. For Each Accident | |
| AUTO MEDICAL PAYMENTS | | | $        Each Accident | |
| UNINSURED MOTORISTS | | 46 | See Attached Schedule $ | $ ▓ |
| UNDERINSURED MOTORISTS (When not included in UM Coverage) | | 46 | $ See Attached Schedule | $ |
| TRAILER INTERCHANGE | COMPREHENSIVE | 48 | Actual Cash Value, Cost of Repair or $    25,000 whichever is less | $ ▓ |
| | SPECIFIED CAUSES OF LOSS | | Actual Cash Value, Cost of Repair or $ whichever is less, minus $25 Ded. for each covered auto for loss caused by mischief or vandalism | |
| | COLLISION | 48 | Actual Cash Value, Cost of Repair or $    25,000 whichever is less, minus $    1,000 for each covered auto. | $ ▓ |
| PHYSICAL DAMAGE | COMPREHENSIVE | 46  47 | Actual Cash Value or Cost of Repair, whichever is less, minus the deductible stated in the Schedule of Covered Autos for each covered auto, but no deductible applies to loss caused by lightning or fire. See ITEM FOUR for hired or borrowed "autos". | $ |
| | SPECIFIED CAUSES OF LOSS | | Actual Cash Value or Cost of Repair, whichever is less, minus $25 deductible for each covered auto for loss caused by mischief or vandalism. See ITEM FOUR for hired or borrowed "autos". | |
| | COLLISION | 46  47 | Actual Cash Value or Cost of Repair, whichever is less, minus the deductible stated in the Schedule of Covered Autos for each covered auto. See ITEM FOUR for hired or borrowed "autos". | $ ▓ |
| TOWING AND LABOR | | | $        for each disablement of a private passenger "auto" | |

| | |
|---|---|
| | Premium for Endorsements |
| Forms and Endorsements Applicable to this Coverage Part. See Attached Schedule. | Terrorism Risk Insurance Act |
| | Estimated Total Premium $ ▓ |

Countersigned this        Day of

Authorized Representative

Issued Date: 02/13/2013
VIC-98-0201 10 98

INSURED



EXHIBIT A

Page 1    of 1

## Vanliner Insurance Company

One Premier Drive
St. Louis, MO 63026

| TRUCKERS DECLARATIONS | |
|---|---|
| Policy Number:   TRT 3049500 12 | |
| Named Insured:  ASP, INC. | |
| Agent:  TPSC - 1 | 0000001 |

ITEM THREE - SCHEDULE OF COVERED AUTOS YOU OWN

EFFECTIVE DATE: 02/01/2013
12:01 A.M., STANDARD TIME

ABSENCE, IF ANY OF A LIMIT ENTRY MEANS THAT THE LIMIT ENTRY SHOWN IN THE CORRESPONDING ITEM TWO OF THE DECLARATIONS LIMIT COLUMN APPLIES INSTEAD.

---

UNIT NO:   00001
DESCRIPTION: 1989  CHEVROLET SUBURBAN 011-742
RISK STATE NO:  ND                     TERRITORY: 104
COST NEW:                                AGE GROUP: 2

ZONE COMBINATION:        /
VIN NO:  1GNEV16K8KF163766
CLASS CODE: 01499
PREM. BASIS AMT:

*** COVERAGES ***

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Liability | $    1,000,000 | $1,000 | $   441 |
| Personal Injury Protection | See Attached | NONE | $    12 |
| Uninsured Motorist Insur | $       50,000 | | $     5 |
| Underinsured Motorist In | $       50,000 | | $     1 |

---

UNIT NO:   00002
DESCRIPTION: 2000  INTERNATIONAL ST TRUCK 806-742
RISK STATE NO:  ND                     TERRITORY: 104
COST NEW:  $ 54,601                   AGE GROUP: 2

ZONE COMBINATION:        /
VIN NO:  1HTSCAAN8YH652980
CLASS CODE: 33499
PREM. BASIS AMT:

*** COVERAGES ***

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Liability | $    1,000,000 | $1,000 | $   736 |
| Personal Injury Protection | See Attached | NONE | $    12 |
| Uninsured Motorist Insur | $       50,000 | | $     5 |
| Underinsured Motorist In | $       50,000 | | $     1 |
| Comprehensive | ACV | $1,000 | $   241 |
| Collision | ACV | $1,000 | $   308 |

---

UNIT NO:   00003
DESCRIPTION: 1997  PETERBILT TRACTOR HARWOOD
RISK STATE NO:  ND                     TERRITORY: 104
COST NEW:                                AGE GROUP: 2

ZONE COMBINATION:  42 / 42
VIN NO:  1XP5DB9X8VN422239
CLASS CODE: 50699
PREM. BASIS AMT:

*** COVERAGES ***

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Liability | $    1,000,000 | $1,000 | $3,674 |
| Personal Injury Protection | See Attached | NONE | $    64 |
| Uninsured Motorist Insur | $       50,000 | | $     5 |
| Underinsured Motorist In | $       50,000 | | $     1 |

---

*LIMIT STATED IN EACH APPLICABLE P.I.P. OR P.P.I. ENDORSEMENT

THESE DECLARATIONS ARE PART OF THE POLICY DECLARATIONS CONTAINING THE NAME OF THE INSURED AND THE POLICY PERIOD.

Issued Date: 02/13/2013
VIC-98-0201 10 98

INSURED

Page 1    of 28

# Vanliner Insurance Company

One Premier Drive
St. Louis, MO 63026

**TRUCKERS DECLARATIONS**

| | |
|---|---|
| Policy Number: TRT 3049500 12 | |
| Named Insured: ASP, INC. | |
| Agent: TPSC - 1 | 0000001 |

ITEM THREE - SCHEDULE OF COVERED AUTOS YOU OWN

EFFECTIVE DATE: 02/01/2013
12:01 A.M., STANDARD TIME

ABSENCE, IF ANY OF A LIMIT ENTRY MEANS THAT THE LIMIT ENTRY SHOWN IN THE CORRESPONDING ITEM TWO OF THE DECLARATIONS LIMIT COLUMN APPLIES INSTEAD.

---

UNIT NO:  00004
DESCRIPTION: 1977  KENTUCKY TRAILER 405-742
RISK STATE NO:  ND          TERRITORY: 104
COST NEW:                  AGE GROUP: 2

ZONE COMBINATION:  /
VIN NO:  54731
CLASS CODE:  67499
PREM. BASIS AMT:

*** COVERAGES ***

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Liability | $   1,000,000 | $1,000 | $   45 |
| Personal Injury Protection | See Attached | NONE | $   12 |

---

UNIT NO:  00005
DESCRIPTION: 1992  KENTUCKY TRAILER 705-742
RISK STATE NO:  ND          TERRITORY: 106
COST NEW:                  AGE GROUP: 2

ZONE COMBINATION:  /
VIN NO:  1KKVE4828NL091051
CLASS CODE:  67499
PREM. BASIS AMT:

*** COVERAGES ***

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Liability | $   1,000,000 | $1,000 | $   38 |
| Personal Injury Protection | See Attached | NONE | $   12 |

---

UNIT NO:  00006
DESCRIPTION: 1994  KENTUCKY TRAILER 708-742
RISK STATE NO:  ND          TERRITORY: 104
COST NEW:                  AGE GROUP: 2

ZONE COMBINATION:  /
VIN NO:  1KKVE4822RL099720
CLASS CODE:  67499
PREM. BASIS AMT:

*** COVERAGES ***

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Liability | $   1,000,000 | $1,000 | $   45 |
| Personal Injury Protection | See Attached | NONE | $   12 |

---

UNIT NO:  00007
DESCRIPTION: 1994  KENTUCKY TRAILER 703-742
RISK STATE NO:  ND          TERRITORY: 101
COST NEW:                  AGE GROUP: 2

ZONE COMBINATION:  /
VIN NO:  1KKVE4826RL099722
CLASS CODE:  67499
PREM. BASIS AMT:

*** COVERAGES ***

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Liability | $   1,000,000 | $1,000 | $   53 |
| Personal Injury Protection | See Attached | NONE | $   12 |

---

*LIMIT STATED IN EACH APPLICABLE P.I.P. OR P.P.I. ENDORSEMENT

THESE DECLARATIONS ARE PART OF THE POLICY DECLARATIONS CONTAINING THE NAME OF THE INSURED AND THE POLICY PERIOD.

Issued Date: 02/13/2013
VIC-S8-0201 10 96                          INSURED                          Page 2    of 28

# Vanliner Insurance Company

One Premier Drive
St. Louis, MO 63026

**TRUCKERS DECLARATIONS**

| | |
|---|---|
| Policy Number:  TRT 3049500 12 | |
| Named Insured: ASP, INC. | |
| Agent:  TPSC - 1 | 0000001 |

ITEM THREE - SCHEDULE OF COVERED AUTOS YOU OWN

EFFECTIVE DATE: 02/01/2013
12:01 A.M., STANDARD TIME

ABSENCE, IF ANY OF A LIMIT ENTRY MEANS THAT THE LIMIT ENTRY SHOWN IN THE CORRESPONDING ITEM TWO OF THE DECLARATIONS LIMIT COLUMN APPLIES INSTEAD.

---

UNIT NO:  00008
DESCRIPTION: 1998  KENTUCKY TRAILER 10W-742
RISK STATE NO:  ND          TERRITORY: 104
COST NEW:                         AGE GROUP: 2

ZONE COMBINATION: 42 / 42
VIN NO:  1KKVE5326WL111442
CLASS CODE: 67699
PREM. BASIS AMT:

*** COVERAGES ***

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Liability | $  1,000,000 | $1,000 | $  381 |
| Personal Injury Protection | See Attached | NONE | $  7 |

---

UNIT NO:  00009
DESCRIPTION: 1998  KENTUCKY TRAILER 10X-742
RISK STATE NO:  ND          TERRITORY: 104
COST NEW:                         AGE GROUP: 2

ZONE COMBINATION: 42 / 42
VIN NO:  1KKVE5328WL111443
CLASS CODE: 67699
PREM. BASIS AMT:

*** COVERAGES ***

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Liability | $  1,000,000 | $1,000 | $  381 |
| Personal Injury Protection | See Attached | NONE | $  7 |

---

UNIT NO:  00010
DESCRIPTION: 1998  KENTUCKY TRAILER 707-742
RISK STATE NO:  ND          TERRITORY: 104
COST NEW:                         AGE GROUP: 2

ZONE COMBINATION:       /
VIN NO:  1KKVC3411WL111428
CLASS CODE: 67499
PREM. BASIS AMT:

*** COVERAGES ***

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Liability | $  1,000,000 | $1,000 | $  45 |
| Personal Injury Protection | See Attached | NONE | $  12 |

---

UNIT NO:  00011
DESCRIPTION: 1983  GMC SUBURBAN 704-742
RISK STATE NO:  ND          TERRITORY: 104
COST NEW:                         AGE GROUP: 2

ZONE COMBINATION:       /
VIN NO:  1G5EK16C1DF500234
CLASS CODE: 01499
PREM. BASIS AMT:

*** COVERAGES ***

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Liability | $  1,000,000 | $1,000 | $  441 |
| Personal Injury Protection | See Attached | NONE | $  12 |
| Uninsured Motorist Insur | $      50,000 | | $  5 |
| Underinsured Motorist In | $      50,000 | | $  1 |

---

*LIMIT STATED IN EACH APPLICABLE P.I.P. OR P.P.I. ENDORSEMENT

THESE DECLARATIONS ARE PART OF THE POLICY DECLARATIONS CONTAINING THE NAME OF THE INSURED AND THE POLICY PERIOD.

Issued Date: 02/13/2013
VIC-98-0201 10 98                    INSURED                    Page 3    of 28

## Vanliner Insurance Company

One Premier Drive
St. Louis, MO  63026

**TRUCKERS DECLARATIONS**

| Policy Number:  TRT 3049500 12 | |
|---|---|
| Named Insured:  ASP, INC. | |
| Agent:  TPSC - 1 | 0000001 |

ITEM THREE - SCHEDULE OF COVERED AUTOS YOU OWN

EFFECTIVE DATE: 02/01/2013
12:01 A.M., STANDARD TIME

ABSENCE, IF ANY OF A LIMIT ENTRY MEANS THAT THE LIMIT ENTRY SHOWN IN THE CORRESPONDING ITEM
TWO OF THE DECLARATIONS LIMIT COLUMN APPLIES INSTEAD.

---

UNIT NO:  00012
DESCRIPTION: 1984  PETERBILT TRACTOR 387-742
RISK STATE NO:  ND          TERRITORY: 104
COST NEW:                   AGE GROUP: 2

ZONE COMBINATION:      /
VIN NO:  1XP6D29X0EN164562
CLASS CODE:  50499
PREM. BASIS AMT:

*** COVERAGES ***

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Liability | $  1,000,000 | $1,000 | $1,247 |
| Personal Injury Protection | See Attached | NONE | $  12 |
| Uninsured Motorist Insur | $    50,000 | | $  5 |
| Underinsured Motorist In | $    50,000 | | $  1 |

---

UNIT NO:  00013
DESCRIPTION: 2003  CHEVROLET SILVERADO PICKUP 708
RISK STATE NO:  ND          TERRITORY: 104
COST NEW:  $ 42,139         AGE GROUP: 1

ZONE COMBINATION:      /
VIN NO:  1GCHK23133F115626
CLASS CODE:  7398
PREM. BASIS AMT:

*** COVERAGES ***

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Liability | $  1,000,000 | $1,000 | $  517 |
| Personal Injury Protection | See Attached | NONE | $  54 |
| Uninsured Motorist Insur | $    50,000 | | $  8 |
| Underinsured Motorist In | $    50,000 | | $  1 |
| Comprehensive | ACV | $1,000 | $  496 |
| Collision | ACV | $1,000 | $  292 |

---

UNIT NO:  00014
DESCRIPTION: 1995  FREIGHTLINER TRACTOR 441-742
RISK STATE NO:  ND          TERRITORY: 104
COST NEW:                   AGE GROUP: 2

ZONE COMBINATION:      /
VIN NO:  1FUYDCYB1SH747229
CLASS CODE:  50499
PREM. BASIS AMT:

*** COVERAGES ***

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Liability | $  1,000,000 | $1,000 | $1,247 |
| Personal Injury Protection | See Attached | NONE | $  12 |
| Uninsured Motorist Insur | $    50,000 | | $  5 |
| Underinsured Motorist In | $    50,000 | | $  1 |

---

*LIMIT STATED IN EACH APPLICABLE P.I.P. OR P.P.I. ENDORSEMENT

THESE DECLARATIONS ARE PART OF THE POLICY DECLARATIONS CONTAINING THE NAME OF THE INSURED
AND THE POLICY PERIOD.

Issued Date: 02/13/2013
VIC-98-0201 10 98                              INSURED                          Page 4    of 28

# Vanliner Insurance Company

One Premier Drive
St. Louis, MO 63026

**TRUCKERS DECLARATIONS**

| Policy Number: | TRT 3049500 12 | |
|---|---|---|
| Named Insured: ASP, INC. | | |
| Agent: TPSC - 1 | | 0000001 |

ITEM THREE - SCHEDULE OF COVERED AUTOS YOU OWN

EFFECTIVE DATE: 02/01/2013
12:01 A.M., STANDARD TIME

ABSENCE, IF ANY OF A LIMIT ENTRY MEANS THAT THE LIMIT ENTRY SHOWN IN THE CORRESPONDING ITEM
TWO OF THE DECLARATIONS LIMIT COLUMN APPLIES INSTEAD.

---

UNIT NO:  00015
DESCRIPTION: 1999  VOLVO TRACTOR 282-742 CONWAY
RISK STATE NO:  ND                    TERRITORY: 104
COST NEW:                             AGE GROUP: 2

ZONE COMBINATION: 42 / 42
VIN NO: 4VG7DARJ2XN791320
CLASS CODE: 50699
PREM. BASIS AMT:

*** COVERAGES ***

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Liability | $ 1,000,000 | $1,000 | $3,674 |
| Personal Injury Protection | See Attached | NONE | $ 64 |
| Uninsured Motorist Insur | $ 50,000 | | $ 5 |
| Underinsured Motorist In | $ 50,000 | | $ 1 |

---

UNIT NO:  00016
DESCRIPTION: 1993  KENTUCKY TRAILER 70V-742
RISK STATE NO:  ND                    TERRITORY: 106
COST NEW:                             AGE GROUP: 2

ZONE COMBINATION:        /
VIN NO: 1KKVE4821PL093405
CLASS CODE: 67499
PREM. BASIS AMT:

*** COVERAGES ***

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Liability | $ 1,000,000 | $1,000 | $ 38 |
| Personal Injury Protection | See Attached | NONE | $ 12 |

---

UNIT NO:  00017
DESCRIPTION: 1982  KENTUCKY TRAILER 70T-742
RISK STATE NO:  ND                    TERRITORY: 106
COST NEW:                             AGE GROUP: 2

ZONE COMBINATION:        /
VIN NO: 1KKVE452XCL000492
CLASS CODE: 67499
PREM. BASIS AMT:

*** COVERAGES ***

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Liability | $ 1,000,000 | $1,000 | $ 38 |
| Personal Injury Protection | See Attached | NONE | $ 12 |

---

UNIT NO:  00018
DESCRIPTION: 2000  INTERNATIONAL TRUCK 019-742
RISK STATE NO:  ND                    TERRITORY: 101
COST NEW:                             AGE GROUP: 2

ZONE COMBINATION:        /
VIN NO: 1HTSCAANXYH238695
CLASS CODE: 33499
PREM. BASIS AMT:

*** COVERAGES ***

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Liability | $ 1,000,000 | $1,000 | $ 858 |
| Personal Injury Protection | See Attached | NONE | $ 12 |
| Uninsured Motorist Insur | $ 50,000 | | $ 5 |
| Underinsured Motorist In | $ 50,000 | | $ 1 |

---

*LIMIT STATED IN EACH APPLICABLE P.I.P. OR P.P.I. ENDORSEMENT

THESE DECLARATIONS ARE PART OF THE POLICY DECLARATIONS CONTAINING THE NAME OF THE INSURED
AND THE POLICY PERIOD.

Issued Date: 02/13/2013
VIC-98-0201 10 98                           INSURED                           Page 5    of 28

# Vanliner Insurance Company

One Premier Drive
St. Louis, MO 63026

| TRUCKERS DECLARATIONS | |
|---|---|
| Policy Number:  TRT 3049500 12 | |
| Named Insured:  ASP, INC. | |
| Agent:  TPSC - 1 | 0000001 |

ITEM THREE - SCHEDULE OF COVERED AUTOS YOU OWN

EFFECTIVE DATE: 02/01/2013
12:01 A.M., STANDARD TIME

ABSENCE, IF ANY OF A LIMIT ENTRY MEANS THAT THE LIMIT ENTRY SHOWN IN THE CORRESPONDING ITEM
TWO OF THE DECLARATIONS LIMIT COLUMN APPLIES INSTEAD.

---

UNIT NO:  00019
DESCRIPTION: 1994  KENWORTH TRACTOR 362-563
RISK STATE NO:  ND                  TERRITORY: 101
COST NEW:                           AGE GROUP: 2

ZONE COMBINATION:  42 / 40
VIN NO:  1XKADB9X1RR630580
CLASS CODE:  50699
PREM. BASIS AMT:

*** COVERAGES ***

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Liability | $  1,000,000 | $1,000 | $4,128 |
| Personal Injury Protection | See Attached | NONE | $   72 |
| Uninsured Motorist Insur | $   50,000 | | $   5 |
| Underinsured Motorist In | $   50,000 | | $   1 |

---

UNIT NO:  00020
DESCRIPTION: 1998  FREIGHTLINER TRACTOR 367-563
RISK STATE NO:  ND                  TERRITORY: 101
COST NEW:                           AGE GROUP: 2

ZONE COMBINATION:       /
VIN NO:  2FUYDXYB2WA972016
CLASS CODE:  50499
PREM. BASIS AMT:

*** COVERAGES ***

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Liability | $   1,000,000 | $1,000 | $1,450 |
| Personal Injury Protection | See Attached | NONE | $   12 |
| Uninsured Motorist Insur | $   50,000 | | $   5 |
| Underinsured Motorist In | $   50,000 | | $   1 |

---

UNIT NO:  00021
DESCRIPTION: 1978  MATLOCK TRAILER 303-563
RISK STATE NO:  ND                  TERRITORY: 101
COST NEW:                           AGE GROUP: 2

ZONE COMBINATION:       /
VIN NO:  1108772995
CLASS CODE:  67499
PREM. BASIS AMT:

*** COVERAGES ***

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Liability | $   1,000,000 | $1,000 | $   53 |
| Personal Injury Protection | See Attached | NONE | $   12 |

---

UNIT NO:  00022
DESCRIPTION: 1986  MATLOCK TRAILER 705-742
RISK STATE NO:  ND                  TERRITORY: 101
COST NEW:                           AGE GROUP: 2

ZONE COMBINATION:       /
VIN NO:  1RMTET482G1003648
CLASS CODE:  67499
PREM. BASIS AMT:

*** COVERAGES ***

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Liability | $   1,000,000 | $1,000 | $   53 |
| Personal Injury Protection | See Attached | NONE | $   12 |

---

*LIMIT STATED IN EACH APPLICABLE P.I.P. OR P.P.I. ENDORSEMENT

THESE DECLARATIONS ARE PART OF THE POLICY DECLARATIONS CONTAINING THE NAME OF THE INSURED
AND THE POLICY PERIOD.

Issued Date: 02/13/2013
V/C-98-0201 10 98                          INSURED                          Page 6    of 28

# Vanliner Insurance Company

One Premier Drive
St. Louis, MO 63026

**TRUCKERS DECLARATIONS**

| Policy Number:  TRT 3049500 12 | |
|---|---|
| Named Insured:  ASP, INC. | |
| Agent:  TPSC - 1 | 0000001 |

ITEM THREE - SCHEDULE OF COVERED AUTOS YOU OWN

EFFECTIVE DATE: 02/01/2013
12:01 A.M., STANDARD TIME

ABSENCE, IF ANY OF A LIMIT ENTRY MEANS THAT THE LIMIT ENTRY SHOWN IN THE CORRESPONDING ITEM TWO OF THE DECLARATIONS LIMIT COLUMN APPLIES INSTEAD.

---

UNIT NO:  00023
DESCRIPTION:  1986  MATLOCK TRAILER 708-563
RISK STATE NO:  ND                TERRITORY: 101
COST NEW:                         AGE GROUP: 2

ZONE COMBINATION:      /
                    VIN NO:  1RMTET482G1003651
CLASS CODE:  67499
PREM. BASIS AMT:

*** COVERAGES ***

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Liability | $   1,000,000 | $1,000 | $    53 |
| Personal Injury Protection | See Attached | NONE | $    12 |

---

UNIT NO:  00024
DESCRIPTION:  1999  KENTUCKY TRAILER 02-1847
RISK STATE NO:  ND                TERRITORY: 104
COST NEW:                         AGE GROUP: 2

ZONE COMBINATION:  42 / 40
                    VIN NO:  1KKVE5129XL116087
CLASS CODE:  67699
PREM. BASIS AMT:

*** COVERAGES ***

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Liability | $   1,000,000 | $1,000 | $   428 |
| Personal Injury Protection | See Attached | NONE | $     7 |

---

UNIT NO:  00025
DESCRIPTION:  1993  KENTUCKY TRAILER 70G-742
RISK STATE NO:  ND                TERRITORY: 101
COST NEW:                         AGE GROUP: 2

ZONE COMBINATION:      /
                    VIN NO:  1KKVE4824PL094001
CLASS CODE:  67499
PREM. BASIS AMT:

*** COVERAGES ***

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Liability | $   1,000,000 | $1,000 | $    53 |
| Personal Injury Protection | See Attached | NONE | $    12 |

---

UNIT NO:  00026
DESCRIPTION:  1993  KENTUCKY TRAILER 70H-742
RISK STATE NO:  ND                TERRITORY: 101
COST NEW:                         AGE GROUP: 2

ZONE COMBINATION:      /
                    VIN NO:  1KKVE482XPL093404
CLASS CODE:  67499
PREM. BASIS AMT:

*** COVERAGES ***

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Liability | $   1,000,000 | $1,000 | $    53 |
| Personal Injury Protection | See Attached | NONE | $    12 |

---

*LIMIT STATED IN EACH APPLICABLE P.I.P. OR P.P.I. ENDORSEMENT

THESE DECLARATIONS ARE PART OF THE POLICY DECLARATIONS CONTAINING THE NAME OF THE INSURED AND THE POLICY PERIOD.

Issued Date: 02/13/2013
VIC-98-0201 10 98                        INSURED                        Page 7    of 28

## Vanliner Insurance Company

One Premier Drive
St. Louis, MO 63026

**TRUCKERS DECLARATIONS**

| Policy Number:   TRT 3049500 12 | |
|---|---|
| Named Insured: ASP, INC. | |
| Agent:  TPSC - 1 | 0000001 |

ITEM THREE - SCHEDULE OF COVERED AUTOS YOU OWN

EFFECTIVE DATE: 02/01/2013
12:01 A.M., STANDARD TIME

ABSENCE, IF ANY OF A LIMIT ENTRY MEANS THAT THE LIMIT ENTRY SHOWN IN THE CORRESPONDING ITEM
TWO OF THE DECLARATIONS LIMIT COLUMN APPLIES INSTEAD.

---

UNIT NO:  00027
DESCRIPTION:  1999  GMC SIERRA PICKUP 04-563
RISK STATE NO:  ND                    TERRITORY: 106
COST NEW:                            AGE GROUP: 2

ZONE COMBINATION:      /
VIN NO:  1GTEK14W5XE544835
CLASS CODE:  7398
PREM. BASIS AMT:

*** COVERAGES ***

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Liability | $    1,000,000 | $1,000 | $    407 |
| Personal Injury Protection | See Attached | NONE | $     36 |
| Uninsured Motorist Insur | $       50,000 | | $      8 |
| Underinsured Motorist In | $       50,000 | | $      1 |

---

UNIT NO:  00028
DESCRIPTION:  1986  MATLOCK TRAILER 403-563
RISK STATE NO:  ND                    TERRITORY: 104
COST NEW:                            AGE GROUP: 2

ZONE COMBINATION:      /
VIN NO:  1RMTET480G1003650
CLASS CODE:  67499
PREM. BASIS AMT:

*** COVERAGES ***

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Liability | $    1,000,000 | $1,000 | $     45 |
| Personal Injury Protection | See Attached | NONE | $     12 |

---

UNIT NO:  00029
DESCRIPTION:  1987  GMC TRUCK 805-254
RISK STATE NO:  SD                    TERRITORY: 108
COST NEW:                            AGE GROUP: 2

ZONE COMBINATION:      /
VIN NO:  1GDL7D1Y5HV526767
CLASS CODE:  33499
PREM. BASIS AMT:

*** COVERAGES ***

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Liability | $    1,000,000 | $1,000 | $    877 |
| Uninsured Motorist Insur | $       75,000 | | $      3 |
| Underinsured Motorist In | $       75,000 | | $      1 |

---

UNIT NO:  00030
DESCRIPTION:  1983  GMC TRUCK 806-254
RISK STATE NO:  SD                    TERRITORY: 108
COST NEW:                            AGE GROUP: 2

ZONE COMBINATION:      /
VIN NO:  1GDL7D1Y8DV530239
CLASS CODE:  33499
PREM. BASIS AMT:

*** COVERAGES ***

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Liability | $    1,000,000 | $1,000 | $    877 |
| Uninsured Motorist Insur | $       75,000 | | $      3 |
| Underinsured Motorist In | $       75,000 | | $      1 |

---

*LIMIT STATED IN EACH APPLICABLE P.I.P. OR P.P.I. ENDORSEMENT

THESE DECLARATIONS ARE PART OF THE POLICY DECLARATIONS CONTAINING THE NAME OF THE INSURED
AND THE POLICY PERIOD.

Issued Date: 02/13/2013
VIC-96-0201 10 96

INSURED

Page 8    of 28

# Vanliner Insurance Company

One Premier Drive
St. Louis, MO 63026

| TRUCKERS DECLARATIONS | |
|---|---|
| Policy Number: TRT 3049500 12 | |
| Named Insured: ASP, INC. | |
| Agent: TPSC - 1 | 0000001 |

ITEM THREE - SCHEDULE OF COVERED AUTOS YOU OWN

EFFECTIVE DATE: 02/01/2013
12:01 A.M., STANDARD TIME

ABSENCE, IF ANY OF A LIMIT ENTRY MEANS THAT THE LIMIT ENTRY SHOWN IN THE CORRESPONDING ITEM
TWO OF THE DECLARATIONS LIMIT COLUMN APPLIES INSTEAD.

---

UNIT NO: 00031
DESCRIPTION: 2000 INTERNATIONAL TRUCK 817-742
RISK STATE NO: SD             TERRITORY: 108
COST NEW:                     AGE GROUP: 2
                              *** COVERAGES ***

ZONE COMBINATION:        /
                VIN NO: 1HTSCAAN8YH238694
CLASS CODE: 33499
PREM. BASIS AMT:

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Liability | $ 1,000,000 | $1,000 | $ 877 |
| Uninsured Motorist Insur | $ 75,000 | | $ 3 |
| Underinsured Motorist In | $ 75,000 | | $ 1 |

---

UNIT NO: 00032
DESCRIPTION: 1986 MATLOCK TRAILER 70B-742
RISK STATE NO: SD             TERRITORY: 108
COST NEW:                     AGE GROUP: 2
                              *** COVERAGES ***

ZONE COMBINATION:        /
                VIN NO: 1RMTET485G1003644
CLASS CODE: 67499
PREM. BASIS AMT:

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Liability | $ 1,000,000 | $1,000 | $ 54 |

---

UNIT NO: 00033
DESCRIPTION: 1973 TRAILMOBILE TRAILER 305-254
RISK STATE NO: SD             TERRITORY: 108
COST NEW:                     AGE GROUP: 2
                              *** COVERAGES ***

ZONE COMBINATION:        /
                VIN NO: J68461
CLASS CODE: 67499
PREM. BASIS AMT:

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Liability | $ 1,000,000 | $1,000 | $ 54 |

---

UNIT NO: 00034
DESCRIPTION: 1986 FRUEHAUF TRAILER 70D-742
RISK STATE NO: SD             TERRITORY: 108
COST NEW:                     AGE GROUP: 2
                              *** COVERAGES ***

ZONE COMBINATION:        /
                VIN NO: 1H4V0482XGJ029303
CLASS CODE: 67499
PREM. BASIS AMT:

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Liability | $ 1,000,000 | $1,000 | $ 54 |

---

*LIMIT STATED IN EACH APPLICABLE P.I.P. OR P.P.I. ENDORSEMENT

THESE DECLARATIONS ARE PART OF THE POLICY DECLARATIONS CONTAINING THE NAME OF THE INSURED
AND THE POLICY PERIOD.

Issued Date: 02/13/2013
VIC-98-0201 10 98                          INSURED

## Vanliner Insurance Company

One Premier Drive
St. Louis, MO 63026

**TRUCKERS DECLARATIONS**

| | |
|---|---|
| Policy Number: TRT 3049500 12 | |
| Named Insured: ASP, INC. | |
| Agent: TPSC - 1 | 0000001 |

ITEM THREE - SCHEDULE OF COVERED AUTOS YOU OWN

EFFECTIVE DATE: 02/01/2013
12:01 A.M., STANDARD TIME

ABSENCE, IF ANY OF A LIMIT ENTRY MEANS THAT THE LIMIT ENTRY SHOWN IN THE CORRESPONDING ITEM TWO OF THE DECLARATIONS LIMIT COLUMN APPLIES INSTEAD.

---

UNIT NO: 00035
DESCRIPTION: 1990 KENTUCKY TRAILER 70F-742
RISK STATE NO: SD          TERRITORY: 108
COST NEW:                  AGE GROUP: 2
                           *** COVERAGES ***

ZONE COMBINATION:    /
              VIN NO: 1KKVE4820LL086505
CLASS CODE: 67499
PREM. BASIS AMT:

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Liability | $ 1,000,000 | $1,000 | $ 54 |

---

UNIT NO: 00036
DESCRIPTION: 1988 KENTUCKY TRAILER 70G-742
RISK STATE NO: SD          TERRITORY: 108
COST NEW:                  AGE GROUP: 2
                           *** COVERAGES ***

ZONE COMBINATION:    /
              VIN NO: 1KKVE4823JL082316
CLASS CODE: 67499
PREM. BASIS AMT:

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Liability | $ 1,000,000 | $1,000 | $ 54 |

---

UNIT NO: 00037
DESCRIPTION: 1987 MATLOCK TRAILER 70E-742
RISK STATE NO: SD          TERRITORY: 108
COST NEW:                  AGE GROUP: 2
                           *** COVERAGES ***

ZONE COMBINATION:    /
              VIN NO: 1RMTET485H1004004
CLASS CODE: 67499
PREM. BASIS AMT:

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Liability | $ 1,000,000 | $1,000 | $ 54 |

---

UNIT NO: 00038
DESCRIPTION: 1975 FLATBED TRAILER 070-254
RISK STATE NO: SD          TERRITORY: 108
COST NEW:                  AGE GROUP: 2
                           *** COVERAGES ***

ZONE COMBINATION:    /
              VIN NO: ND66741
CLASS CODE: 67499
PREM. BASIS AMT:

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Liability | $ 1,000,000 | $1,000 | $ 54 |

---

UNIT NO: 00039
DESCRIPTION: 2000 INTERNATIONAL ST TRUCK 321-742
RISK STATE NO: CO          TERRITORY: 111
COST NEW: $ 20,115         AGE GROUP: 2
                           *** COVERAGES ***

ZONE COMBINATION:    /
              VIN NO: 1HTSCAANXYH652981
CLASS CODE: 33499
PREM. BASIS AMT:

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Liability | $ 1,000,000 | $1,000 | $1,770 |

---

*LIMIT STATED IN EACH APPLICABLE P.I.P. OR P.P.I. ENDORSEMENT

THESE DECLARATIONS ARE PART OF THE POLICY DECLARATIONS CONTAINING THE NAME OF THE INSURED AND THE POLICY PERIOD.

Issued Date: 02/13/2013
VIC-98-0201 10 98

INSURED

# Vanliner Insurance Company

One Premier Drive
St Louis, MO 63026

**TRUCKERS DECLARATIONS**

| | |
|---|---|
| Policy Number: | TRT 3049500 12 |
| Named Insured: | ASP, INC. |
| Agent: TPSC - 1 | 0000001 |

ITEM THREE - SCHEDULE OF COVERED AUTOS YOU OWN

EFFECTIVE DATE: 02/01/2013
12:01 A.M., STANDARD TIME

ABSENCE, IF ANY OF A LIMIT ENTRY MEANS THAT THE LIMIT ENTRY SHOWN IN THE CORRESPONDING ITEM TWO OF THE DECLARATIONS LIMIT COLUMN APPLIES INSTEAD.

| | | | |
|---|---|---|---|
| Uninsured Motorist Insur | $ 50,000 | NONE | $ 22 |
| Comprehensive | ACV | $1,000 | $ 57 |
| Collision | ACV | $1,000 | $ 176 |

---

UNIT NO: 00040
DESCRIPTION: 1995 INTERNATIONAL ST TRUCK 825-253
RISK STATE NO: CO
COST NEW:

ZONE COMBINATION: /
VIN NO: 1HTSCAAM5SH219499
TERRITORY: 111      CLASS CODE: 33499
AGE GROUP: 2      PREM. BASIS AMT:
*** COVERAGES ***

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Liability | $ 1,000,000 | $1,000 | $1,770 |
| Uninsured Motorist Insur | $ 50,000 | NONE | $ 22 |

---

UNIT NO: 00041
DESCRIPTION: 1998 INTERNATIONAL ST TRUCK 804-253
RISK STATE NO: CO
COST NEW:

ZONE COMBINATION: /
VIN NO: 1HTSLAAM2WH498593
TERRITORY: 111      CLASS CODE: 33499
AGE GROUP: 2      PREM. BASIS AMT:
*** COVERAGES ***

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Liability | $ 1,000,000 | $1,000 | $1,770 |
| Uninsured Motorist Insur | $ 50,000 | NONE | $ 22 |

---

UNIT NO: 00042
DESCRIPTION: 1977 KENTUCKY TRAILER 306-253
RISK STATE NO: CO
COST NEW:

ZONE COMBINATION: /
VIN NO: 54701
TERRITORY: 111      CLASS CODE: 67499
AGE GROUP: 2      PREM. BASIS AMT:
*** COVERAGES ***

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Liability | $ 1,000,000 | $1,000 | $ 107 |

---

UNIT NO: 00043
DESCRIPTION: 1977 KENTUCKY TRAILER 307-253
RISK STATE NO: CO
COST NEW:

ZONE COMBINATION: /
VIN NO: 53097
TERRITORY: 111      CLASS CODE: 67499
AGE GROUP: 2      PREM. BASIS AMT:
*** COVERAGES ***

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Liability | $ 1,000,000 | $1,000 | $ 107 |

---

*LIMIT STATED IN EACH APPLICABLE P.I.P. OR P.P.I. ENDORSEMENT

THESE DECLARATIONS ARE PART OF THE POLICY DECLARATIONS CONTAINING THE NAME OF THE INSURED AND THE POLICY PERIOD.

Issued Date: 02/13/2013
VIC-98-0201 10 98

INSURED

## Vanliner Insurance Company

One Premier Drive
St. Louis, MO 63026

**TRUCKERS DECLARATIONS**

| Policy Number: TRT 3049500 12 | |
|---|---|
| Named Insured: ASP, INC. | |
| Agent: TPSC - 1 | 0000001 |

ITEM THREE - SCHEDULE OF COVERED AUTOS YOU OWN

EFFECTIVE DATE: 02/01/2013
12:01 A.M., STANDARD TIME

ABSENCE, IF ANY OF A LIMIT ENTRY MEANS THAT THE LIMIT ENTRY SHOWN IN THE CORRESPONDING ITEM
TWO OF THE DECLARATIONS LIMIT COLUMN APPLIES INSTEAD.

---

UNIT NO: 00044
DESCRIPTION: 1992 KENTUCKY TRAILER 10K-742
RISK STATE NO: CO           TERRITORY: 111
COST NEW:               AGE GROUP: 2
                        *** COVERAGES ***

ZONE COMBINATION:   /
                 VIN NO: 1KKVE4823NL091050
CLASS CODE: 67499
PREM. BASIS AMT:

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Liability | $ 1,000,000 | $1,000 | $ 107 |

---

UNIT NO: 00045
DESCRIPTION: 1998 KENTUCKY TRAILER 40N-253
RISK STATE NO: CO           TERRITORY: 111
COST NEW:               AGE GROUP: 2
                        *** COVERAGES ***

ZONE COMBINATION:   /
                 VIN NO: 1KKVC3412WL111471
CLASS CODE: 67499
PREM. BASIS AMT:

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Liability | $ 1,000,000 | $1,000 | $ 107 |

---

UNIT NO: 00046
DESCRIPTION: 1994 INTERNATIONAL TRACTOR 363-123
RISK STATE NO: NV           TERRITORY: 109
COST NEW:               AGE GROUP: 2
                        *** COVERAGES ***

ZONE COMBINATION:   /
                 VIN NO: 1HSHBAZR6RH579568
CLASS CODE: 50499
PREM. BASIS AMT:

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Liability | $ 1,000,000 | $1,000 | $8,893 |
| Uninsured Motorist Insur | $ 30,000 | NONE | $ 37 |

---

UNIT NO: 00047
DESCRIPTION: 1995 ISUZU PACK VAN 851-123
RISK STATE NO: NV           TERRITORY: 109
COST NEW:               AGE GROUP: 2
                        *** COVERAGES ***

ZONE COMBINATION:   /
                 VIN NO: JALC4B1KX57005549
CLASS CODE: 01499
PREM. BASIS AMT:

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Liability | $ 1,000,000 | $1,000 | $3,007 |
| Uninsured Motorist Insur | $ 30,000 | NONE | $ 37 |

---

*LIMIT STATED IN EACH APPLICABLE P.I.P. OR P.P.I. ENDORSEMENT

THESE DECLARATIONS ARE PART OF THE POLICY DECLARATIONS CONTAINING THE NAME OF THE INSURED
AND THE POLICY PERIOD.

Issued Date: 02/13/2013
VIC-96-0201 10 96

# Vanliner Insurance Company

One Premier Drive
St. Louis, MO 63026

**TRUCKERS DECLARATIONS**

| | |
|---|---|
| Policy Number: TRT 3049500 12 | |
| Named Insured: ASP, INC. | |
| Agent: TPSC - 1 | 0000001 |

ITEM THREE - SCHEDULE OF COVERED AUTOS YOU OWN

EFFECTIVE DATE: 02/01/2013
12:01 A.M., STANDARD TIME

ABSENCE, IF ANY OF A LIMIT ENTRY MEANS THAT THE LIMIT ENTRY SHOWN IN THE CORRESPONDING ITEM TWO OF THE DECLARATIONS LIMIT COLUMN APPLIES INSTEAD.

---

UNIT NO: 00048
DESCRIPTION: 1998 KENTUCKY TRAILER 404-123
RISK STATE NO: NV                    TERRITORY: 109
COST NEW:                            AGE GROUP: 2

ZONE COMBINATION:    /
VIN NO: 1KKVC3416WL112154
CLASS CODE: 67499
PREM. BASIS AMT:

*** COVERAGES ***

| COVERAGE TYPE | | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|---|
| Liability | $ | 1,000,000 | $1,000 | $ 315 |

---

UNIT NO: 00049
DESCRIPTION: 2001 INTERNATIONAL TRUCK 825-742
RISK STATE NO: AZ                    TERRITORY: 124
COST NEW:                            AGE GROUP: 2

ZONE COMBINATION:    /
VIN NO: 1HTSCAANX1H316267
CLASS CODE: 33499
PREM. BASIS AMT:

*** COVERAGES ***

| COVERAGE TYPE | | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|---|
| Liability | $ | 1,000,000 | $1,000 | $3,236 |
| Uninsured Motorist Insur | $ | 30,000 | NONE | $ 16 |
| Underinsured Motorist In | $ | 30,000 | NONE | $ 14 |

---

UNIT NO: 00050
DESCRIPTION: 2001 INTERNATIONAL TRUCK 827-742
RISK STATE NO: AZ                    TERRITORY: 124
COST NEW:                            AGE GROUP: 2

ZONE COMBINATION:    /
VIN NO: 1HTSCAAN51H319805
CLASS CODE: 33499
PREM. BASIS AMT:

*** COVERAGES ***

| COVERAGE TYPE | | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|---|
| Liability | $ | 1,000,000 | $1,000 | $3,236 |
| Uninsured Motorist Insur | $ | 30,000 | NONE | $ 16 |
| Underinsured Motorist In | $ | 30,000 | NONE | $ 14 |

---

UNIT NO: 00051
DESCRIPTION: 2001 INTERNATIONAL TRUCK 829-742
RISK STATE NO: AZ                    TERRITORY: 124
COST NEW:                            AGE GROUP: 2

ZONE COMBINATION:    /
VIN NO: 1HTSCAANX1H319802
CLASS CODE: 33499
PREM. BASIS AMT:

*** COVERAGES ***

| COVERAGE TYPE | | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|---|
| Liablity | $ | 1,000,000 | $1,000 | $3,236 |
| Uninsured Motorist Insur | $ | 30,000 | NONE | $ 16 |
| Underinsured Motorist In | $ | 30,000 | NONE | $ 14 |

---

*LIMIT STATED IN EACH APPLICABLE P.I.P. OR P.P.I. ENDORSEMENT

THESE DECLARATIONS ARE PART OF THE POLICY DECLARATIONS CONTAINING THE NAME OF THE INSURED AND THE POLICY PERIOD.

Issued Date: 02/13/2013
VIC-98-0201 10 98                    INSURED                    Page 13   of 28

**Vanliner Insurance Company**

One Premier Drive
St. Louis, MO 63026

TRUCKERS DECLARATIONS

| Policy Number:   TRT 3049500 12 | |
|---|---|
| Named Insured: ASP, INC. | |
| Agent: TPSC - 1 | 0000001 |

ITEM THREE - SCHEDULE OF COVERED AUTOS YOU OWN

EFFECTIVE DATE: 02/01/2013
12:01 A.M., STANDARD TIME

ABSENCE, IF ANY OF A LIMIT ENTRY MEANS THAT THE LIMIT ENTRY SHOWN IN THE CORRESPONDING ITEM
TWO OF THE DECLARATIONS LIMIT COLUMN APPLIES INSTEAD.

---

UNIT NO:  00052
DESCRIPTION: 1986  MATLOCK TRAILER 403-747
RISK STATE NO:  AZ                    TERRITORY: 124
COST NEW:                             AGE GROUP: 2
                              *** COVERAGES ***

ZONE COMBINATION:      /
                VIN NO:  1RMTET484G1003652
CLASS CODE:  67499
PREM. BASIS AMT:

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Liability | $   1,000,000 | $1,000 | $  199 |

---

UNIT NO:  00053
DESCRIPTION: 1977  KENTUCKY TRAILER 307-747
RISK STATE NO:  AZ                    TERRITORY: 124
COST NEW:                             AGE GROUP: 2
                              *** COVERAGES ***

ZONE COMBINATION:      /
                VIN NO: 54944
CLASS CODE:  67499
PREM. BASIS AMT:

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Liability | $   1,000,000 | $1,000 | $  199 |

---

UNIT NO:  00054
DESCRIPTION: 1979  MATLOCK TRAILER 308-747
RISK STATE NO:  AZ                    TERRITORY: 124
COST NEW:                             AGE GROUP: 2
                              *** COVERAGES ***

ZONE COMBINATION:      /
                VIN NO: 1121783544
CLASS CODE:  67499
PREM. BASIS AMT:

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Liability | $   1,000,000 | $1,000 | $  199 |

---

UNIT NO:  00055
DESCRIPTION: 1987  MATLOCK TRAILER 710-742
RISK STATE NO:  AZ                    TERRITORY: 124
COST NEW:                             AGE GROUP: 2
                              *** COVERAGES ***

ZONE COMBINATION:      /
                VIN NO: 1RMTET487H1004005
CLASS CODE:  67499
PREM. BASIS AMT:

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Liability | $   1,000,000 | $1,000 | $  199 |

---

UNIT NO:  00056
DESCRIPTION: 1987  MATLOCK TRAILER 705-742
RISK STATE NO:  AZ                    TERRITORY: 124
COST NEW:                             AGE GROUP: 2
                              *** COVERAGES ***

ZONE COMBINATION:      /
                VIN NO: 1RMTET484H1004074
CLASS CODE:  67499
PREM. BASIS AMT:

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Liability | $   1,000,000 | $1,000 | $  199 |

---

*LIMIT STATED IN EACH APPLICABLE P.I.P. OR P.P.I. ENDORSEMENT

THESE DECLARATIONS ARE PART OF THE POLICY DECLARATIONS CONTAINING THE NAME OF THE INSURED
AND THE POLICY PERIOD.

Issued Date: 02/13/2013
VIC-98-0201 10 98                              INSURED                              Page 14   of 28

## Vanliner Insurance Company

One Premier Drive
St. Louis, MO 63026

**TRUCKERS DECLARATIONS**

| | |
|---|---|
| Policy Number:   TRT 3049500 12 | |
| Named Insured: ASP, INC. | |
| Agent: TPSC - 1 | 0000001 |

ITEM THREE - SCHEDULE OF COVERED AUTOS YOU OWN

EFFECTIVE DATE: 02/01/2013
12:01 A.M., STANDARD TIME

ABSENCE, IF ANY OF A LIMIT ENTRY MEANS THAT THE LIMIT ENTRY SHOWN IN THE CORRESPONDING ITEM
TWO OF THE DECLARATIONS LIMIT COLUMN APPLIES INSTEAD.

---

UNIT NO:  00057
DESCRIPTION: 1998  KENTUCKY TRAILER 407-747
RISK STATE NO:  AZ          TERRITORY: 124
COST NEW:                   AGE GROUP: 2
*** COVERAGES ***

ZONE COMBINATION:      /
VIN NO:  1KKVC3414WL112153
CLASS CODE: 67499
PREM. BASIS AMT:

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Liability | $   1,000,000 | $1,000 | $  199 |

---

UNIT NO:  00058
DESCRIPTION: 1999  KENTUCKY TRAILER 408-747
RISK STATE NO:  AZ          TERRITORY: 124
COST NEW:                   AGE GROUP: 2
*** COVERAGES ***

ZONE COMBINATION:      /
VIN NO:  1KKVC3414XL116527
CLASS CODE: 67499
PREM. BASIS AMT:

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Liability | $   1,000,000 | $1,000 | $  199 |

---

UNIT NO:  00059
DESCRIPTION: 1995  KENTUCKY TRAILER 70R-747
RISK STATE NO:  AZ          TERRITORY: 124
COST NEW:                   AGE GROUP: 2
*** COVERAGES ***

ZONE COMBINATION:      /
VIN NO:  1KKVE4826SL100566
CLASS CODE: 67499
PREM. BASIS AMT:

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Liability | $   1,000,000 | $1,000 | $  199 |

---

UNIT NO:  00060
DESCRIPTION: 1985  MATLOCK TRAILER 5S4-747
RISK STATE NO:  AZ          TERRITORY: 124
COST NEW:                   AGE GROUP: 2
*** COVERAGES ***

ZONE COMBINATION:      /
VIN NO:  1RMDFT486F1003524
CLASS CODE: 67499
PREM. BASIS AMT:

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Liability | $   1,000,000 | $1,000 | $  199 |

---

UNIT NO:  00061
DESCRIPTION: 1987  MATLOCK TRAILER 70U-742
RISK STATE NO:  ND          TERRITORY: 106
COST NEW:                   AGE GROUP: 2
*** COVERAGES ***

ZONE COMBINATION:      /
VIN NO:  1RMTET482H1004073
CLASS CODE: 67499
PREM. BASIS AMT:

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|

*LIMIT STATED IN EACH APPLICABLE P.I.P. OR P.P.I. ENDORSEMENT

THESE DECLARATIONS ARE PART OF THE POLICY DECLARATIONS CONTAINING THE NAME OF THE INSURED
AND THE POLICY PERIOD.

Issued Date: 02/13/2013
VIC-98-0201 10 96                    INSURED                    Page 15   of 28

## Vanliner Insurance Company

One Premier Drive
St. Louis, MO 63026

| TRUCKERS DECLARATIONS | |
|---|---|
| Policy Number: TRT 3049500 12 | |
| Named Insured: ASP, INC. | |
| Agent: TPSC - 1 | 0000001 |

ITEM THREE - SCHEDULE OF COVERED AUTOS YOU OWN

EFFECTIVE DATE: 02/01/2013
12:01 A.M., STANDARD TIME

ABSENCE, IF ANY OF A LIMIT ENTRY MEANS THAT THE LIMIT ENTRY SHOWN IN THE CORRESPONDING ITEM
TWO OF THE DECLARATIONS LIMIT COLUMN APPLIES INSTEAD.

| | | | |
|---|---|---|---|
| Liability | $    1,000,000 | $1,000 | $    38 |
| Personal Injury Protection | See Attached | NONE | $    12 |

UNIT NO: 00062
DESCRIPTION: 1994  INTERNATIONAL TRACTOR 340-744
RISK STATE NO:  ND               TERRITORY:  106
COST NEW:                        AGE GROUP: 2
                                 *** COVERAGES ***

ZONE COMBINATION:        /
VIN NO: 2HSFMAMR1RC093900
CLASS CODE: 50499
PREM. BASIS AMT:

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Liability | $    1,000,000 | $1,000 | $1,050 |
| Personal Injury Protection | See Attached | NONE | $    12 |
| Uninsured Motorist Insur | $    50,000 | | $    5 |
| Underinsured Motorist In | $    50,000 | | $    1 |

UNIT NO: 00063
DESCRIPTION: 1998  ISUZU PACKVAN 816-744
RISK STATE NO:  ND               TERRITORY:  106
COST NEW:                        AGE GROUP: 2
                                 *** COVERAGES ***

ZONE COMBINATION:        /
VIN NO: JALC4B1K2W7001260
CLASS CODE: 01499
PREM. BASIS AMT:

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Liability | $    1,000,000 | $1,000 | $    372 |
| Personal Injury Protection | See Attached | NONE | $    12 |
| Uninsured Motorist Insur | $    50,000 | | $    5 |
| Underinsured Motorist In | $    50,000 | | $    1 |

UNIT NO: 00064
DESCRIPTION: 2004  CHEVROLET SILVERADO
RISK STATE NO:  AZ               TERRITORY:  124
COST NEW:  $  19,000             AGE GROUP: 0
                                 *** COVERAGES ***

ZONE COMBINATION:        /
VIN NO: 1GCEC14V04Z187881
CLASS CODE: 7398
PREM. BASIS AMT:

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Liability | $    1,000,000 | $1,000 | $1,277 |
| Uninsured Motorist Insur | $    30,000 | NONE | $    19 |
| Underinsured Motorist In | $    30,000 | NONE | $    19 |
| Comprehensive | ACV | $1,000 | $    73 |
| Collision | ACV | $1,000 | $    287 |

*LIMIT STATED IN EACH APPLICABLE P.I.P. OR P.P.I. ENDORSEMENT

THESE DECLARATIONS ARE PART OF THE POLICY DECLARATIONS CONTAINING THE NAME OF THE INSURED
AND THE POLICY PERIOD.

Issued Date: 02/13/2013
VIC-98-0201 10 98                          INSURED                          Page 16   of 28

# Vanliner Insurance Company

One Premier Drive
St. Louis, MO 63026

**TRUCKERS DECLARATIONS**

| Policy Number: TRT 3049500 12 | |
|---|---|
| Named Insured: ASP, INC. | |
| Agent: TPSC - 1 | 0000001 |

ITEM THREE - SCHEDULE OF COVERED AUTOS YOU OWN

EFFECTIVE DATE: 02/01/2013
12:01 A.M., STANDARD TIME

ABSENCE, IF ANY OF A LIMIT ENTRY MEANS THAT THE LIMIT ENTRY SHOWN IN THE CORRESPONDING ITEM
TWO OF THE DECLARATIONS LIMIT COLUMN APPLIES INSTEAD.

UNIT NO: 00065
DESCRIPTION: 1998 FREIGHTLINER TRACTOR 388-254
RISK STATE NO: SD        TERRITORY: 108
COST NEW:                AGE GROUP: 2
                         *** COVERAGES ***

ZONE COMBINATION:    /
         VIN NO: 2FUYDXYB0WA972015
CLASS CODE: 50499
PREM. BASIS AMT:

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Liability | $  1,000,000 | $1,000 | $1,485 |
| Uninsured Motorist Insur | $     75,000 | | $    3 |
| Underinsured Motorist In | $     75,000 | | $    1 |

UNIT NO: 00066
DESCRIPTION: 2005 INTERNATIONAL TRUCK - GO MINI
RISK STATE NO: ND        TERRITORY: 104
COST NEW: $ 61,500       AGE GROUP: 9
                         *** COVERAGES ***

ZONE COMBINATION:    /
         VIN NO: 1HTMMAAM85H165030
CLASS CODE: 33499
PREM. BASIS AMT:

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Liability | $  1,000,000 | $1,000 | $  736 |
| Personal Injury Protection | See Attached | NONE | $   12 |
| Uninsured Motorist Insur | $     50,000 | | $    5 |
| Underinsured Motorist In | $     50,000 | | $    1 |
| Comprehensive | ACV | $1,000 | $  280 |
| Collision | ACV | $1,000 | $  369 |

UNIT NO: 00067
DESCRIPTION: 1995 KENTUCKY TRAILER 301-742
RISK STATE NO: ND        TERRITORY: 106
COST NEW:                AGE GROUP: 2
                         *** COVERAGES ***

ZONE COMBINATION: 42 / 40
         VIN NO: 1KKVF5036SL100543
CLASS CODE: 67699
PREM. BASIS AMT:

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Liability | $  1,000,000 | $1,000 | $  428 |
| Personal Injury Protection | See Attached | NONE | $    7 |

UNIT NO: 00068
DESCRIPTION: 1986 VOLVO ST TRUCK 026-747
RISK STATE NO: AZ        TERRITORY: 124
COST NEW:                AGE GROUP: 2
                         *** COVERAGES ***

ZONE COMBINATION:    /
         VIN NO: YB3L06BA8GB034426
CLASS CODE: 33499
PREM. BASIS AMT:

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Liability | $  1,000,000 | $1,000 | $3,236 |
| Uninsured Motorist Insur | $     30,000 | NONE | $   16 |

*LIMIT STATED IN EACH APPLICABLE P.I.P. OR P.P.I. ENDORSEMENT

THESE DECLARATIONS ARE PART OF THE POLICY DECLARATIONS CONTAINING THE NAME OF THE INSURED
AND THE POLICY PERIOD.

Issued Date: 02/13/2013
VIC-98-0201 10 98                          INSURED                          Page 17   of 28

## Vanliner Insurance Company

One Premier Drive
St. Louis, MO 63026

**TRUCKERS DECLARATIONS**

| Policy Number:   TRT 3049500 12 | |
|---|---|
| Named Insured: ASP, INC. | |
| Agent:  TPSC - 1 | 0000001 |

ITEM THREE - SCHEDULE OF COVERED AUTOS YOU OWN

EFFECTIVE DATE: 02/01/2013
12:01 A.M., STANDARD TIME

ABSENCE, IF ANY OF A LIMIT ENTRY MEANS THAT THE LIMIT ENTRY SHOWN IN THE CORRESPONDING ITEM
TWO OF THE DECLARATIONS LIMIT COLUMN APPLIES INSTEAD.

| | | |
|---|---|---|
| Underinsured Motorist In | $    30,000 | NONE | $   14 |

UNIT NO:  00069
DESCRIPTION: 1999  VOLVO TRACTOR 365-747
RISK STATE NO:  AZ            TERRITORY: 124
COST NEW:                      AGE GROUP: 2

ZONE COMBINATION:    /
VIN NO:  4VG7DARJ6XN781888
CLASS CODE:  50499
PREM. BASIS AMT:

*** COVERAGES ***

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Liability | $   1,000,000 | $1,000 | $5,470 |
| Uninsured Motorist Insur | $    30,000 | NONE | $   16 |
| Underinsured Motorist In | $    30,000 | NONE | $   14 |

UNIT NO:  00070
DESCRIPTION: 2001  CHEVY PICKUP 009-747
RISK STATE NO:  AZ            TERRITORY: 124
COST NEW:  $ 25,000           AGE GROUP: 2

ZONE COMBINATION:    /
VIN NO:  2GCEC19V411209894
CLASS CODE:  01499
PREM. BASIS AMT:

*** COVERAGES ***

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Liability | $   1,000,000 | $1,000 | $1,934 |
| Uninsured Motorist Insur | $    30,000 | NONE | $   16 |
| Underinsured Motorist In | $    30,000 | NONE | $   14 |

UNIT NO:  00071
DESCRIPTION: 1966  WRANGLER FLATBED TRAILER 012
RISK STATE NO:  AZ            TERRITORY: 124
COST NEW:                      AGE GROUP: 2

ZONE COMBINATION:    /
VIN NO:  A299
CLASS CODE:  67499
PREM. BASIS AMT:

*** COVERAGES ***

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Liability | $   1,000,000 | $1,000 | $  199 |

UNIT NO:  00072
DESCRIPTION: 1965  WRANGLER FLATBED TRAILER 011
RISK STATE NO:  AZ            TERRITORY: 124
COST NEW:                      AGE GROUP: 2

ZONE COMBINATION:    /
VIN NO:  A293
CLASS CODE:  67499
PREM. BASIS AMT:

*** COVERAGES ***

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Liability | $   1,000,000 | $1,000 | $  199 |

*LIMIT STATED IN EACH APPLICABLE P.I.P. OR P.P.I. ENDORSEMENT

THESE DECLARATIONS ARE PART OF THE POLICY DECLARATIONS CONTAINING THE NAME OF THE INSURED
AND THE POLICY PERIOD.

Issued Date: 02/13/2013
VIC-98-0201 10 98                          INSURED                          Page 18   of 28

## Vanliner Insurance Company

One Premier Drive
St. Louis, MO 63028

**TRUCKERS DECLARATIONS**

| Policy Number: | TRT 3049500 12 | |
|---|---|---|
| Named Insured: ASP, INC. | | |
| Agent: TPSC - 1 | | 0000001 |

ITEM THREE - SCHEDULE OF COVERED AUTOS YOU OWN

EFFECTIVE DATE: 02/01/2013
12:01 A.M., STANDARD TIME

ABSENCE, IF ANY OF A LIMIT ENTRY MEANS THAT THE LIMIT ENTRY SHOWN IN THE CORRESPONDING ITEM
TWO OF THE DECLARATIONS LIMIT COLUMN APPLIES INSTEAD.

---

UNIT NO: 00073
DESCRIPTION: 1984  WRANGLER FLATBED TRAILER 010
RISK STATE NO: AZ                    TERRITORY: 124
COST NEW:                            AGE GROUP: 2

ZONE COMBINATION:        /
VIN NO: W1149
CLASS CODE: 67499
PREM. BASIS AMT:

*** COVERAGES ***

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Liability | $    1,000,000 | $1,000 | $   199 |

---

UNIT NO: 00074
DESCRIPTION: 2006  INTERNATIONAL 4300 TRUCK
RISK STATE NO: ND                    TERRITORY: 101
COST NEW:  $ 63,000                  AGE GROUP: 8

ZONE COMBINATION:        /
VIN NO: 1HTMMAAM76H233030
CLASS CODE: 33499
PREM. BASIS AMT:

*** COVERAGES ***

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Liability | $    1,000,000 | $1,000 | $   858 |
| Personal Injury Protection | See Attached | NONE | $    12 |
| Uninsured Motorist Insur | $    50,000 | | $     5 |
| Underinsured Motorist In | $    50,000 | | $     1 |
| Comprehensive | ACV | $1,000 | $   141 |
| Collision | ACV | $1,000 | $   387 |

---

UNIT NO: 00075
DESCRIPTION: 2005  KENTUCKY TRAILER 102-742
RISK STATE NO: ND                    TERRITORY: 104
COST NEW:  $ 46,600                  AGE GROUP: 9

ZONE COMBINATION: 42 / 45
VIN NO: 1KKVE53245L216236
CLASS CODE: 67699
PREM. BASIS AMT:

*** COVERAGES ***

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Liability | $    1,000,000 | $1,000 | $   517 |
| Personal Injury Protection | See Attached | NONE | $     9 |
| Comprehensive | ACV | $1,000 | $   188 |
| Collision | ACV | $1,000 | $   401 |

---

UNIT NO: 00076
DESCRIPTION: 2000  WESTERN STAR TRACTOR 321-254
RISK STATE NO: SD                    TERRITORY: 108
COST NEW:                            AGE GROUP: 2

ZONE COMBINATION:        /
VIN NO: 2WKEDDJHXYK965269
CLASS CODE: 50499
PREM. BASIS AMT:

*** COVERAGES ***

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Liability | $    1,000,000 | $1,000 | $1,485 |
| Uninsured Motorist Insur | $    75,000 | | $     3 |

---

*LIMIT STATED IN EACH APPLICABLE P.I.P. OR P.P.I. ENDORSEMENT

THESE DECLARATIONS ARE PART OF THE POLICY DECLARATIONS CONTAINING THE NAME OF THE INSURED
AND THE POLICY PERIOD.

Issued Date: 02/13/2013
VIC-98-0201 10 98

INSURED

Page 19  of 28

## Vanliner Insurance Company

One Premier Drive
St. Louis, MO 63026

**TRUCKERS DECLARATIONS**

| Policy Number: | TRT 3049500 12 | |
|---|---|---|
| Named Insured: ASP, INC. | | |
| Agent: TPSC - 1 | | 0000001 |

ITEM THREE - SCHEDULE OF COVERED AUTOS YOU OWN

EFFECTIVE DATE: 02/01/2013
12:01 A.M., STANDARD TIME

ABSENCE, IF ANY OF A LIMIT ENTRY MEANS THAT THE LIMIT ENTRY SHOWN IN THE CORRESPONDING ITEM TWO OF THE DECLARATIONS LIMIT COLUMN APPLIES INSTEAD.

| | | |
|---|---|---|
| Underinsured Motorist In | $   75,000 | $   1 |

UNIT NO: 00077
DESCRIPTION: 2006  KENWORTH TRACTOR 284-742 SMITH
RISK STATE NO:  ND
COST NEW:

ZONE COMBINATION:  42 / 42
VIN NO:  1XKWDB9X26R113967
TERRITORY: 104
AGE GROUP: 8
CLASS CODE: 50699
PREM. BASIS AMT:

*** COVERAGES ***

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Liability | $   1,000,000 | $1,000 | $3,674 |
| Personal Injury Protection | See Attached | NONE | $   64 |
| Uninsured Motorist Insur | $   50,000 | | $   5 |
| Underinsured Motorist In | $   50,000 | | $   1 |

UNIT NO: 00078
DESCRIPTION: 2005  STERLING ACTERRA TRUCK 836-742
RISK STATE NO:  ND
COST NEW:  $ 42,950

ZONE COMBINATION:  /
VIN NO:  2FZACFCS95AN66555
TERRITORY: 106
AGE GROUP: 9
CLASS CODE: 33499
PREM. BASIS AMT:

*** COVERAGES ***

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Liability | $   1,000,000 | $1,000 | $   622 |
| Personal Injury Protection | See Attached | NONE | $   12 |
| Uninsured Motorist Insur | $   50,000 | | $   5 |
| Underinsured Motorist In | $   50,000 | | $   1 |
| Comprehensive | ACV | $1,000 | $   177 |
| Collision | ACV | $1,000 | $   350 |

UNIT NO: 00079
DESCRIPTION: 1998  INTERNATIONAL TRUCK 301-1847
RISK STATE NO:  ND
COST NEW:

ZONE COMBINATION:  /
VIN NO:  1HTSCAAM1WH528621
TERRITORY: 104
AGE GROUP: 2
CLASS CODE: 33499
PREM. BASIS AMT:

*** COVERAGES ***

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Liability | $   1,000,000 | $1,000 | $   736 |
| Personal Injury Protection | See Attached | NONE | $   12 |
| Uninsured Motorist Insur | $   50,000 | | $   5 |
| Underinsured Motorist In | $   50,000 | | $   1 |

*LIMIT STATED IN EACH APPLICABLE P.I.P. OR P.P.I. ENDORSEMENT

THESE DECLARATIONS ARE PART OF THE POLICY DECLARATIONS CONTAINING THE NAME OF THE INSURED AND THE POLICY PERIOD.

Issued Date: 02/13/2013
VIC-98-0201 10 98

**Vanliner Insurance Company**

One Premier Drive
St. Louis, MO 63026

**TRUCKERS DECLARATIONS**

| Policy Number: TRT 3049500 12 | |
|---|---|
| Named Insured: ASP, INC. | |
| Agent: TPSC - 1 | 0000001 |

ITEM THREE - SCHEDULE OF COVERED AUTOS YOU OWN

EFFECTIVE DATE: 02/01/2013
12:01 A.M., STANDARD TIME

ABSENCE, IF ANY OF A LIMIT ENTRY MEANS THAT THE LIMIT ENTRY SHOWN IN THE CORRESPONDING ITEM
TWO OF THE DECLARATIONS LIMIT COLUMN APPLIES INSTEAD.

---

UNIT NO:  00080                                          ZONE COMBINATION:      /
DESCRIPTION: 1999  INTERNATIONAL TRUCK 301-742              VIN NO:  1HTSCABM1XH641016
RISK STATE NO:  ND              TERRITORY:  101           CLASS CODE: 33499
   COST NEW:                    AGE GROUP: 2              PREM. BASIS AMT:
                              *** COVERAGES ***

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Liability | $    1,000,000 | $1,000 | $   858 |
| Personal Injury Protection | See Attached | NONE | $    12 |
| Uninsured Motorist Insur | $       50,000 | | $     5 |
| Underinsured Motorist In | $       50,000 | | $     1 |

---

UNIT NO:  00081                                          ZONE COMBINATION:      /
DESCRIPTION: 1998  INTERNATIONAL TRUCK 802-1854            VIN NO:  1HTSCAAM8WH509242
RISK STATE NO:  ND              TERRITORY:  101           CLASS CODE: 33499
   COST NEW:                    AGE GROUP: 2              PREM. BASIS AMT:
                              *** COVERAGES ***

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Liability | $    1,000,000 | $1,000 | $   858 |
| Personal Injury Protection | See Attached | NONE | $    12 |
| Uninsured Motorist Insur | $       50,000 | | $     5 |
| Underinsured Motorist In | $       50,000 | | $     1 |

---

UNIT NO:  00082                                          ZONE COMBINATION:      /
DESCRIPTION: 2000  ISUZU TRUCK 111-254                     VIN NO:  JALB4B145Y7017386
RISK STATE NO:  SD              TERRITORY:  108           CLASS CODE: 23499
   COST NEW:                    AGE GROUP: 2              PREM. BASIS AMT:
                              *** COVERAGES ***

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Liability | $    1,000,000 | $1,000 | $   735 |
| Uninsured Motorist Insur | $       75,000 | | $     3 |
| Underinsured Motorist In | $       75,000 | | $     1 |

---

UNIT NO:  00083                                          ZONE COMBINATION:      /
DESCRIPTION: 2000  ISUZU TRUCK 276-742                     VIN NO:  JALC4B142Y7003711
RISK STATE NO:  ND              TERRITORY:  104           CLASS CODE: 23499
   COST NEW:                    AGE GROUP: 2              PREM. BASIS AMT:
                              *** COVERAGES ***

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Liability | $    1,000,000 | $1,000 | $   617 |
| Personal Injury Protection | See Attached | NONE | $    12 |

---

*LIMIT STATED IN EACH APPLICABLE P.I.P. OR P.P.I. ENDORSEMENT

THESE DECLARATIONS ARE PART OF THE POLICY DECLARATIONS CONTAINING THE NAME OF THE INSURED
AND THE POLICY PERIOD.

Issued Date: 02/13/2013
VIC-98-0201 10 98                          INSURED                          Page 21   of 28

# Vanliner Insurance Company

One Premier Drive
St. Louis, MO 63026

**TRUCKERS DECLARATIONS**

| Policy Number:   TRT 3049500 12 | |
|---|---|
| Named Insured: ASP, INC. | |
| Agent: TPSC - 1 | 0000001 |

ITEM THREE - SCHEDULE OF COVERED AUTOS YOU OWN

EFFECTIVE DATE: 02/01/2013
12:01 A.M., STANDARD TIME

ABSENCE, IF ANY OF A LIMIT ENTRY MEANS THAT THE LIMIT ENTRY SHOWN IN THE CORRESPONDING ITEM
TWO OF THE DECLARATIONS LIMIT COLUMN APPLIES INSTEAD.

| | | | |
|---|---|---|---|
| Uninsured Motorist Insur | $    50,000 | $    5 |
| Underinsured Motorist In | $    50,000 | $    1 |

UNIT NO:  00084
DESCRIPTION:  1997  FREIGHTLINER TRACTOR 341-744
RISK STATE NO:  ND                    TERRITORY:  106
COST NEW:                                    AGE GROUP: 2

ZONE COMBINATION:         /
VIN NO:  1FUYSSEB5VL884647
CLASS CODE:  50499
PREM. BASIS AMT:

*** COVERAGES ***

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Liability | $    1,000,000 | $1,000 | $1,050 |
| Personal Injury Protection | See Attached | NONE | $    12 |
| Uninsured Motorist Insur | $    50,000 | | $    5 |
| Underinsured Motorist In | $    50,000 | | $    1 |

UNIT NO:  00085
DESCRIPTION:  2008  PETERBILT TRACTOR 285 HATCHER
RISK STATE NO:  ND                    TERRITORY:  104
COST NEW:                                    AGE GROUP: 6

ZONE COMBINATION:  42 / 42
VIN NO:  1XPXDB9X38D755242
CLASS CODE:  50699
PREM. BASIS AMT:

*** COVERAGES ***

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Liability | $    1,000,000 | $1,000 | $3,674 |
| Personal Injury Protection | See Attached | NONE | $    64 |
| Uninsured Motorist Insur | $    50,000 | | $    5 |
| Underinsured Motorist In | $    50,000 | | $    1 |

UNIT NO:  00086
DESCRIPTION:  2009  CHEVY SILVERADO CREW CAB
RISK STATE NO:  SD                    TERRITORY:  108
COST NEW:  $ 35,416                   AGE GROUP: 5

ZONE COMBINATION:         /
VIN NO:  3GCEK13379G208137
CLASS CODE:  03499
PREM. BASIS AMT:

*** COVERAGES ***

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Liability | $    1,000,000 | $1,000 | $    708 |
| Uninsured Motorist Insur | $    75,000 | | $    3 |
| Underinsured Motorist In | $    75,000 | | $    1 |
| Comprehensive | ACV | $1,000 | $    223 |
| Collision | ACV | $1,000 | $    302 |

*LIMIT STATED IN EACH APPLICABLE P.I.P. OR P.P.I. ENDORSEMENT

THESE DECLARATIONS ARE PART OF THE POLICY DECLARATIONS CONTAINING THE NAME OF THE INSURED
AND THE POLICY PERIOD.

Issued Date: 02/13/2013
VIC-98-0201 10 98                                    INSURED                                    Page 22    of 28

## Vanliner Insurance Company

One Premier Drive
St. Louis, MO 63026

**TRUCKERS DECLARATIONS**

| Policy Number: | TRT 3049500 12 |
|---|---|
| Named Insured: ASP, INC. | |
| Agent: TPSC - 1 | 0000001 |

ITEM THREE - SCHEDULE OF COVERED AUTOS YOU OWN

EFFECTIVE DATE: 02/01/2013
12:01 A.M., STANDARD TIME

ABSENCE, IF ANY OF A LIMIT ENTRY MEANS THAT THE LIMIT ENTRY SHOWN IN THE CORRESPONDING ITEM
TWO OF THE DECLARATIONS LIMIT COLUMN APPLIES INSTEAD.

---

UNIT NO: 00087
DESCRIPTION: 2000 INTERNATIONAL ST TRUCK 137-742
RISK STATE NO: ND          TERRITORY: 106
COST NEW:                  AGE GROUP: 2

ZONE COMBINATION:    /
VIN NO: 1HTSCAAM4YH315522
CLASS CODE: 33499
PREM. BASIS AMT:

*** COVERAGES ***

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Liability | $    1,000,000 | $1,000 | $    622 |
| Personal Injury Protection | See Attached | NONE | $     12 |
| Uninsured Motorist Insur | $      50,000 | | $      5 |
| Underinsured Motorist In | $      50,000 | | $      1 |

---

UNIT NO: 00088
DESCRIPTION: 1997 KENTUCKY TRAILER 68-742
RISK STATE NO: AZ          TERRITORY: 124
COST NEW:                  AGE GROUP: 2

ZONE COMBINATION: 29 / 43
VIN NO: 1KKVE532XVL108915
CLASS CODE: 67699
PREM. BASIS AMT:

*** COVERAGES ***

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Liability | $    1,000,000 | $1,000 | $    616 |

---

UNIT NO: 00089
DESCRIPTION: 1986 MATLOCK TRAILER 70X-742
RISK STATE NO: CO          TERRITORY: 111
COST NEW:                  AGE GROUP: 2

ZONE COMBINATION:    /
VIN NO: 1RMTET485G1003692
CLASS CODE: 67499
PREM. BASIS AMT:

*** COVERAGES ***

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Liability | $    1,000,000 | $1,000 | $    107 |

---

UNIT NO: 00090
DESCRIPTION: 2000 VOLVO TRACTOR 85-747 BARNES
RISK STATE NO: AZ          TERRITORY: 124
COST NEW:                  AGE GROUP: 2

ZONE COMBINATION: 41 / 42
VIN NO: 4V4ND3RJ7YN234212
CLASS CODE: 50699
PREM. BASIS AMT:

*** COVERAGES ***

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Liability | $    1,000,000 | $1,000 | $5,404 |
| Uninsured Motorist Insur | $      30,000 | NONE | $     16 |
| Underinsured Motorist In | $      30,000 | NONE | $     14 |

---

*LIMIT STATED IN EACH APPLICABLE P.I.P. OR P.P.I. ENDORSEMENT

THESE DECLARATIONS ARE PART OF THE POLICY DECLARATIONS CONTAINING THE NAME OF THE INSURED
AND THE POLICY PERIOD.

Issued Date: 02/13/2013
VIC-98-0201 10 98                    INSURED                    Page 23  of 28

# Vanliner Insurance Company

One Premier Drive
St. Louis, MO 63026

**TRUCKERS DECLARATIONS**

| Policy Number:   TRT 3049500 12 | |
|---|---|
| Named Insured: ASP, INC. | |
| Agent:  TPSC - 1 | 0000001 |

ITEM THREE - SCHEDULE OF COVERED AUTOS YOU OWN

EFFECTIVE DATE: 02/01/2013
12:01 A.M., STANDARD TIME

ABSENCE, IF ANY OF A LIMIT ENTRY MEANS THAT THE LIMIT ENTRY SHOWN IN THE CORRESPONDING ITEM
TWO OF THE DECLARATIONS LIMIT COLUMN APPLIES INSTEAD.

---

UNIT NO:  00091
DESCRIPTION: 2005  GMC 5500 TRUCK GO - MINI
RISK STATE NO:  AZ                    TERRITORY: 124
   COST NEW:  $ 53,000              AGE GROUP: 9

ZONE COMBINATION:       /
         VIN NO:  1GDJ5C1255F505863
CLASS CODE: 33499
PREM. BASIS AMT:

\*\*\* COVERAGES \*\*\*

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Liability | $    1,000,000 | $1,000 | $3,236 |
| Uninsured Motorist Insur | $       30,000 | NONE | $    16 |
| Underinsured Motorist In | $       30,000 | NONE | $    14 |
| Comprehensive | ACV | $1,000 | $   113 |
| Collision | ACV | $1,000 | $   584 |

---

UNIT NO:  00092
DESCRIPTION: 2004  CHEVY SILVERADO PICKUP
RISK STATE NO:  ND                    TERRITORY: 101
   COST NEW:  $ 42,000              AGE GROUP: 0

ZONE COMBINATION:       /
         VIN NO:  1GCEK14VX42117011
CLASS CODE: 03499
PREM. BASIS AMT:

\*\*\* COVERAGES \*\*\*

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Liability | $    1,000,000 | $1,000 | $   692 |
| Personal Injury Protection | See Attached | NONE | $    12 |
| Uninsured Motorist Insur | $       50,000 | | $     5 |
| Underinsured Motorist In | $       50,000 | | $     1 |
| Comprehensive | ACV | $1,000 | $   179 |
| Collision | ACV | $1,000 | $   386 |

---

UNIT NO:  00093
DESCRIPTION: 1998  JM TRAILER 3H2-742 ROSARIO
RISK STATE NO:  ND                    TERRITORY: 101
   COST NEW:                        AGE GROUP: 2

ZONE COMBINATION: 42 / 42
         VIN NO:  1J9CS5326WC279211
CLASS CODE: 67699
PREM. BASIS AMT:

\*\*\* COVERAGES \*\*\*

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Liability | $    1,000,000 | $1,000 | $   381 |
| Personal Injury Protection | See Attached | NONE | $     7 |

---

UNIT NO:  00094
DESCRIPTION: 1987  FRUEHAUF TRAILER 771-254
RISK STATE NO:  SD                    TERRITORY: 108
   COST NEW:                        AGE GROUP: 2

ZONE COMBINATION:       /
         VIN NO:  1H5P05128HM022404
CLASS CODE: 67499
PREM. BASIS AMT:

\*\*\* COVERAGES \*\*\*

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|

---

\*LIMIT STATED IN EACH APPLICABLE P.I.P. OR P.P.I. ENDORSEMENT

THESE DECLARATIONS ARE PART OF THE POLICY DECLARATIONS CONTAINING THE NAME OF THE INSURED
AND THE POLICY PERIOD.

Issued Date: 02/13/2013
VIC-98 0201 10 98

INSURED

# Vanliner Insurance Company

One Premier Drive
St. Louis, MO 63026

**TRUCKERS DECLARATIONS**

| | |
|---|---|
| Policy Number:  TRT 3049500 12 | |
| Named Insured:  ASP, INC. | |
| Agent:  TPSC - 1 | 0000001 |

ITEM THREE - SCHEDULE OF COVERED AUTOS YOU OWN

EFFECTIVE DATE: 02/01/2013
12:01 A.M., STANDARD TIME

ABSENCE, IF ANY OF A LIMIT ENTRY MEANS THAT THE LIMIT ENTRY SHOWN IN THE CORRESPONDING ITEM TWO OF THE DECLARATIONS LIMIT COLUMN APPLIES INSTEAD.

| Liability | | $     1,000,000 | $1,000 | $    54 |
|---|---|---|---|---|

UNIT NO:  00095
DESCRIPTION: 2000  INTERNATIONAL ST TRUCK 803-123
RISK STATE NO:  NV
COST NEW:

ZONE COMBINATION:       /
VIN NO:  1HTSCABM9YH234286
TERRITORY: 109          CLASS CODE: 33499
AGE GROUP: 2            PREM. BASIS AMT:
*** COVERAGES ***

| COVERAGE TYPE | | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|---|
| Liability | $ | 1,000,000 | $1,000 | $5,174 |
| Uninsured Motorist Insur | $ | 30,000 | NONE | $   37 |

UNIT NO:  00096
DESCRIPTION: 1998  INTERNATIONAL ST TRUCK 802-123
RISK STATE NO:  NV
COST NEW:

ZONE COMBINATION:       /
VIN NO:  1HTSCAAMXWH512529
TERRITORY: 109          CLASS CODE: 33499
AGE GROUP: 2            PREM. BASIS AMT:
*** COVERAGES ***

| COVERAGE TYPE | | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|---|
| Liability | $ | 1,000,000 | $1,000 | $5,174 |
| Uninsured Motorist Insur | $ | 30,000 | NONE | $   37 |

UNIT NO:  00097
DESCRIPTION: 1991  KENWORTH TRACTOR 369-254
RISK STATE NO:  SD
COST NEW:

ZONE COMBINATION:       /
VIN NO:  1XKADB9X8MS561033
TERRITORY: 108          CLASS CODE: 50499
AGE GROUP: 2            PREM. BASIS AMT:
*** COVERAGES ***

| COVERAGE TYPE | | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|---|
| Liability | $ | 1,000,000 | $1,000 | $1,485 |
| Uninsured Motorist Insur | $ | 75,000 | | $    3 |
| Underinsured Motorist In | $ | 75,000 | | $    1 |

UNIT NO:  00098
DESCRIPTION: 1998  KENWORTH TRACTOR 442-563
RISK STATE NO:  ND
COST NEW:

ZONE COMBINATION: 42 / 42
VIN NO:  1XKTD29X5WJ760848
TERRITORY: 101          CLASS CODE: 50699
AGE GROUP: 2            PREM. BASIS AMT:
*** COVERAGES ***

| COVERAGE TYPE | | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|---|
| Liability | $ | 1,000,000 | $1,000 | $3,674 |
| Personal Injury Protection | | See Attached | NONE | $   64 |
| Uninsured Motorist Insur | $ | 50,000 | | $    5 |
| Underinsured Motorist In | $ | 50,000 | | $    1 |

*LIMIT STATED IN EACH APPLICABLE P.I.P. OR P.P.I. ENDORSEMENT

THESE DECLARATIONS ARE PART OF THE POLICY DECLARATIONS CONTAINING THE NAME OF THE INSURED AND THE POLICY PERIOD.

Issued Date: 02/13/2013
VIC-98-0201 10 98                              INSURED                              Page 25   of 28

## Vanliner Insurance Company

One Premier Drive
St. Louis, MO 63026

| TRUCKERS DECLARATIONS | |
|---|---|
| Policy Number:   TRT 3049500 12 | |
| Named Insured: ASP, INC. | |
| Agent:  TPSC - 1 | 0000001 |

ITEM THREE - SCHEDULE OF COVERED AUTOS YOU OWN

EFFECTIVE DATE: 02/01/2013
12:01 A.M., STANDARD TIME

ABSENCE, IF ANY OF A LIMIT ENTRY MEANS THAT THE LIMIT ENTRY SHOWN IN THE CORRESPONDING ITEM
TWO OF THE DECLARATIONS LIMIT COLUMN APPLIES INSTEAD.

---

UNIT NO:  00099
DESCRIPTION: 1997  KENTUCKY TRAILER 10T-742
RISK STATE NO:  ND                    TERRITORY:  104
    COST NEW:
                                  *** COVERAGES ***

ZONE COMBINATION:  42 / 42
        VIN NO:  1KKVE5321VL108916
    CLASS CODE:  67699
PREM. BASIS AMT:

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Liability | $    1,000,000 | $1,000 | $   381 |
| Personal Injury Protection | See Attached | NONE | $     7 |

---

UNIT NO:  00100
DESCRIPTION: 2005  GMC CHEVRON TRUCK GO - MINI
RISK STATE NO:  ND                    TERRITORY:  106
    COST NEW:  $ 61,500         AGE GROUP: 9
                                  *** COVERAGES ***

ZONE COMBINATION:      /
        VIN NO:  1GDJ6C1335F523820
    CLASS CODE:  23499
PREM. BASIS AMT:

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Liability | $    1,000,000 | $1,000 | $   521 |
| Personal Injury Protection | See Attached | NONE | $    12 |
| Uninsured Motorist Insur | $       50,000 | | $     5 |
| Underinsured Motorist In | $       50,000 | | $     1 |
| Comprehensive | ACV | $1,000 | $   188 |
| Collision | ACV | $1,000 | $   294 |

---

UNIT NO:  00101
DESCRIPTION: 2000  KENTUCKY TRAILER 709-742
RISK STATE NO:  ND                    TERRITORY:  104
    COST NEW:                      AGE GROUP: 2
                                  *** COVERAGES ***

ZONE COMBINATION:  42 / 42
        VIN NO:  1KKVE5127YL200507
    CLASS CODE:  67699
PREM. BASIS AMT:

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Liability | $    1,000,000 | $1,000 | $   381 |
| Personal Injury Protection | See Attached | NONE | $     7 |

---

UNIT NO:  00102
DESCRIPTION: 1997  KENTUCKY TRAILER 702-742
RISK STATE NO:  NV                    TERRITORY:  109
    COST NEW:                      AGE GROUP: 2
                                  *** COVERAGES ***

ZONE COMBINATION:  41 / 43
        VIN NO:  1KKVE5323VL108917
    CLASS CODE:  67699
PREM. BASIS AMT:

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Liability | $    1,000,000 | $1,000 | $   688 |

---

*LIMIT STATED IN EACH APPLICABLE P.I.P. OR P.P.I. ENDORSEMENT

THESE DECLARATIONS ARE PART OF THE POLICY DECLARATIONS CONTAINING THE NAME OF THE INSURED
AND THE POLICY PERIOD.

Issued Date: 02/13/2013

VIC-98-0201 10 98                                INSURED                              Page 26   of 28

## Vanliner Insurance Company

One Premier Drive
St. Louis, MO 63026

| TRUCKERS DECLARATIONS | |
|---|---|
| Policy Number:   TRT 3049500 12 | |
| Named Insured: ASP, INC. | |
| Agent:  TPSC - 1 | 0000001 |

ITEM THREE - SCHEDULE OF COVERED AUTOS YOU OWN

EFFECTIVE DATE: 02/01/2013
12:01 A.M., STANDARD TIME

ABSENCE, IF ANY OF A LIMIT ENTRY MEANS THAT THE LIMIT ENTRY SHOWN IN THE CORRESPONDING ITEM
TWO OF THE DECLARATIONS LIMIT COLUMN APPLIES INSTEAD.

---

UNIT NO:  00104
DESCRIPTION: 2011  KENTUCKY TRAILER 203-742
RISK STATE NO:  ND                    TERRITORY:  104
   COST NEW:  $ 58,850          AGE GROUP: 3

ZONE COMBINATION:  42 / 42
                   VIN NO:  1KKVE5322BL230261
        CLASS CODE:  67699
        PREM. BASIS AMT:

*** COVERAGES ***

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Liability | $   1,000,000 | $1,000 | $   381 |
| Personal Injury Protection | See Attached | NONE | $     7 |
| Comprehensive | ACV | $1,000 | $   212 |
| Collision | ACV | $1,000 | $   470 |

---

UNIT NO:  00105
DESCRIPTION: 2011  KENTUCKY TRAILER 104-1847
RISK STATE NO:  ND                    TERRITORY:  104
   COST NEW:  $ 67,195          AGE GROUP: 3

ZONE COMBINATION:  42 / 42
                   VIN NO:  1KKVE5328BL230264
        CLASS CODE:  67699
        PREM. BASIS AMT:

*** COVERAGES ***

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Liability | $   1,000,000 | $1,000 | $   381 |
| Personal Injury Protection | See Attached | NONE | $     7 |
| Comprehensive | ACV | $1,000 | $   251 |
| Collision | ACV | $1,000 | $   621 |

---

UNIT NO:  00106
DESCRIPTION: 2012  KENTUCKY TRAILER
RISK STATE NO:  ND                    TERRITORY:  104
   COST NEW:  $ 69,065          AGE GROUP: 2

ZONE COMBINATION:  42 / 42
                   VIN NO:  1KKVE5325CL232037
        CLASS CODE:  67699
        PREM. BASIS AMT:

*** COVERAGES ***

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Liability | $   1,000,000 | $1,000 | $   381 |
| Personal Injury Protection | See Attached | NONE | $     7 |
| Comprehensive | ACV | $1,000 | $   251 |
| Collision | ACV | $1,000 | $   621 |

---

UNIT NO:  00107
DESCRIPTION: 2001  PETERBILT TRACTOR
RISK STATE NO:  ND                    TERRITORY:  104
   COST NEW:                          AGE GROUP: 2

ZONE COMBINATION:  42 / 42
                   VIN NO:  1XP5DB9X21N566542
        CLASS CODE:  50699
        PREM. BASIS AMT:

*** COVERAGES ***

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Liability | $   1,000,000 | $1,000 | $3,674 |

---

*LIMIT STATED IN EACH APPLICABLE P.I.P. OR P.P.I. ENDORSEMENT

THESE DECLARATIONS ARE PART OF THE POLICY DECLARATIONS CONTAINING THE NAME OF THE INSURED
AND THE POLICY PERIOD.

Issued Date: 02/13/2013
VIC-98-0201 10 98                              INSURED                              Page 27   of 28

# Vanliner Insurance Company

One Premier Drive
St. Louis, MO 63026

### TRUCKERS DECLARATIONS

| Policy Number: TRT 3049500 12 | |
|---|---|
| Named Insured: ASP, INC. | |
| Agent: TPSC - 1 | 0000001 |

ITEM THREE - SCHEDULE OF COVERED AUTOS YOU OWN

EFFECTIVE DATE: 02/01/2013
12:01 A.M., STANDARD TIME

ABSENCE, IF ANY OF A LIMIT ENTRY MEANS THAT THE LIMIT ENTRY SHOWN IN THE CORRESPONDING ITEM
TWO OF THE DECLARATIONS LIMIT COLUMN APPLIES INSTEAD.

| Personal Injury Protection | See Attached | NONE | $ 64 |
|---|---|---|---|
| Uninsured Motorist Insur | $ 50,000 | | $ 5 |
| Underinsured Motorist In | $ 50,000 | | $ 1 |

```
UNIT NO:  00108                            ZONE COMBINATION: 42 / 42
DESCRIPTION: 2012  KENTUCKY TRAILER             VIN NO: 1KKVE5326CL232145
RISK STATE NO:  ND          TERRITORY: 104   CLASS CODE: 67699
COST NEW:  $ 67,508         AGE GROUP: 2     PREM. BASIS AMT:
                          *** COVERAGES ***
```

| COVERAGE TYPE | COVERAGE LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Liability | $ 1,000,000 | $1,000 | $ 381 |
| Personal Injury Protection | See Attached | NONE | $ 7 |
| Comprehensive | ACV | $1,000 | $ 251 |
| Collision | ACV | $1,000 | $ 621 |

*LIMIT STATED IN EACH APPLICABLE P.I.P. OR P.P.I. ENDORSEMENT

THESE DECLARATIONS ARE PART OF THE POLICY DECLARATIONS CONTAINING THE NAME OF THE INSURED
AND THE POLICY PERIOD.

Issued Date: 02/13/2013
VIC-98-0201 10 96

INSURED

Page 28   of 28

## Vanliner Insurance Company

One Premier Drive
St. Louis, MO 63026

| TRUCKERS DECLARATIONS | | |
|---|---|---|
| Policy Number: TRT 3049500 12 | | |
| Named Insured: ASP, INC. | | |
| Agent: TPSC - 1 | | 0000001 |

LOSS PAYEE

EXCEPT FOR TOWING, ALL PHYSICAL DAMAGE LOSS IS PAYABLE TO YOU AND THE LOSS PAYEE NAMED
BELOW AS INTERESTS MAY APPEAR AT THE TIME OF THE LOSS.

2

TAI TITLE TRUST
ONE PREMIER DRIVE
FENTON MO 63026

78

TAI TITLE TRUST
ONE PREMIER DRIVE
FENTON MO 63026

105

TAI TITLE TRUST
ONE PREMIER DRIVE
FENTON MO 63026

108

TAI TITLE TRUST
ONE PREMIER DRIVE
FENTON MO 63026

39

TAI TITLE TRUST
ONE PREMIER DRIVE
FENTON MO 63026

104

TAI TITLE TRUST
ONE PREMIER DRIVE
FENTON MO 63026

106

TAI TITLE TRUST
ONE PREMIER DRIVE
FENTON MO 63026

## Vanliner Insurance Company

One Premier Drive
St. Louis, MO 63026

| TRUCKERS DECLARATIONS | |
|---|---|
| Policy Number:   TRT 3049500 12 | |
| Named Insured:  ASP, INC. | |
| Agent:   TPSC - 1 | 0000001 |

**ITEM FOUR:**

**SCHEDULE OF HIRED OR BORROWED COVERED AUTO COVERAGE AND PREMIUMS.**

| LIABILITY COVERAGE - RATING BASIS, COST OF HIRE | | | | |
|---|---|---|---|---|
| STATE | ESTIMATED COST OF HIRE FOR EACH STATE | RATE PER EACH $100 COST OF HIRE | FACTOR (IF LIABILITY COVERAGE IS PRIMARY) | ESTIMATED PREMIUM |
| ND | | | | $       151 |
| | | | **TOTAL PREMIUM** | $      151 |

The Cost of Hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or employees or their family members).  Cost of Hire does not include charges for services performed by motor carriers of property or passengers.

| PHYSICAL DAMAGE COVERAGE | | | | |
|---|---|---|---|---|
| COVERAGES | LIMIT OF INSURANCE THE MOST WE WILL PAY DEDUCTIBLE | ESTIMATED ANNUAL COST OF HIRE | RATE PER EACH $100 ANNUAL COST OF HIRE | PREMIUM |
| COMPREHENSIVE | Actual Cash Value, Cost of Repairs or $ 100,000      whichever is less minus $ 100      Ded. for each covered auto. But no deductible applies to loss caused by fire or lightning. | 30,000 | | $      233 |
| SPECIFIED CAUSES OF LOSS | Actual Cash Value, Cost of Repairs or $          whichever is less minus $25 Ded. for each covered auto for loss caused by mischief or vandalism | | | |
| COLLISION | Actual Cash Value, Cost of Repairs or $ 100,000      whichever is less minus $ 1000      Ded. for each covered auto. | 30,000 | | $      321 |
| | | | **TOTAL PREMIUM** | $      554 |

**ITEM FIVE:**

**SCHEDULE FOR NON-OWNERSHIP LIABILITY**

| Named Insured's Business | Rating Basis | Number | Premium | |
|---|---|---|---|---|
| Other than a Social Service Agency | Number of Employees | 25 | $      142 | |
| | Number of Partners | | | |
| Social Service Agency | Number of Employees | | | |
| | Number of Volunteers | | | |
| | | | $      142 | |

Issued Date: 02/13/2013
VIC-98-0201 10 98

## Vanliner Insurance Company

One Premier Drive
St. Louis, MO 63026

**TRUCKERS DECLARATIONS**

| Policy Number: | TRT 3049500 12 | |
|---|---|---|
| Named Insured: | ASP, INC. | |
| Agent: | TPSC - 1 | 0000001 |

### ITEM SIX: TRAILER INTERCHANGE COVERAGE

| COVERAGES | LIMIT OF INSURANCE | DAILY RATE | ESTIMATED PREMIUM |
|---|---|---|---|
| COMPREHENSIVE | STATED IN ITEM TWO | | $     25 |
| SPECIFIED CAUSES OF LOSS | | | |
| COLLISION | | | $     44 |
| | | TOTAL PREMIUM | $     69 |

### ITEM SEVEN:
### SCHEDULE FOR GROSS RECEIPTS RATING BASIS - LIABILITY COVERAGE

| Estimated Yearly Gross Receipts | RATES Per $100 of Gross Receipts | | PREMIUMS | |
|---|---|---|---|---|
| | LIABILITY COVERAGE | AUTO MEDICAL PAYMENTS | LIABILITY COVERAGE | AUTO MEDICAL PAYMENTS |
| | | | | |
| | | | | |
| | TOTAL PREMIUMS | | | |
| | MINIMUM PREMIUMS | | | |

When used as a premium basis:

Gross Receipts means the total amount to which you are entitled for shipping or transporting property during the policy period regardless of whether you or any other carrier originate the shipment or transportation. "Gross Receipts" includes the total amount received from renting equipment, with or without drivers, to anyone who is not a "trucker" and 15% of the total amount received from renting any equipment to any "trucker". Gross Receipts does not include:

A. Amounts you pay to railroads, steamship lines, airlines and other motor carriers operating under their own ICC or PUC permits.

B. Advertising Revenue.

C. Taxes which you collect as a separate item and remit directly to a governmental division.

D. C.O.D. collections for cost of mail or merchandise including collection fees.

E. Warehouse storage fees.

Issued Date: 02/13/2013

VIC-98-0201 10 98

INSURED

Page 1    of 1

RECEIVED

2017 MAY 30 PM 2:02