IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 17-cv-01467-STV

VANLINER INSURANCE COMPANY,

    Plaintiff,

v.

MICHAEL ANGELO;
INTERNAL REVENUE SERVICE;
COLORADO DIVISION OF HUMAN SERVICES;
SAWAYA ROSE MCCLURE & WILHITE, P.C.; and
COLORADO DEPT OF HEALTH CARE POLICY AND FINANCING

    Defendants

and

SAWAYA ROSE MCCLURE & WILHITE, P.C.

    Cross-Claim Plaintiff,

v.

MICHAEL ANGELO;
INTERNAL REVENUE SERVICE;
COLORADO DIVISION OF HUMAN SERVICES; and
COLORADO DEPT OF HEALTH CARE POLICY AND FINANCING

    Cross-Claim Defendants.

**PARTIES' STIPULATED MOTION TO DISBURSE
FUNDS FROM THE REGISTRY OF THE COURT**

    COME NOW the parties, Vanliner Insurance Company, the United States and Sawaya Rose McClure & Wilhite, P.C. and file their Stipulated Motion to Disburse Funds from the Registry of the Court as follows:

1.  That on December 28, 2017, the parties herein filed their Stipulation of Dismissal of this case setting forth how the disputed funds, which had been interpleaded with the Court were to be distributed amongst the parties.

2.  That on January 2, 2008, the Court herein, entered its Order setting forth that Sawaya Rose McClure & Wilhite, P.C. ("Sawaya") shall receive $16,929.30 of the funds in the Court's registry and that the United States shall receive the remaining $33,070.70 of the funds in the Court's registry. [Doc. 57]

3.  That pursuant to their previous Stipulation filed herein and the Court's Order of January 2, 2018, the parties would respectfully request that the aforementioned funds be distributed from the registry of the Court to the following parties as follows:

    a.  $16,929.30 shall be mailed to:

        Sawaya Rose McClure & Wilhite, P.C.
        1600 Ogden Street, Denver, CO 80218
        (303) 839-1650

    b.  $33,070.70 shall be sent via regular U.S. Mail to:

        The Department of Justice
        Attn: Taxflu
        P.O. Box 310
        Ben Franklin Station
        Washington D.C. 20044

        If sending FedEx or UPS:

        Department of Justice
        Attn: Taxflu
        Room 6647 – Judiciary Center Building
        555 4th Street NW
        Washington, D.C. 20001
        (202) 305-7539

Said check should be made payable to U.S. Department of Justice.

4.  That any interest accrued on said funds shall also be paid to United States.

Respectfully submitted this 16th day of January, 2018

/s/ Andrew J. Carafelli
Andrew J. Carafelli
Goodspeed & Merrill
7800 East Union Avenue
Suite 600
Denver, CO  80237
Phone:  720.473.7644
Fax:     720.473.7647
acarafelli@goodspeedmerrill.com

*Attorney for Plaintiff*

/s/ Alex R. Halverson
ALEX R. HALVERSON
Trial Attorney, Tax Division
U.S. Department of Justice

*Attorney for the United States*

/s/ Robert Caldwell
Robert Caldwell, Esq.
Sawaya Rose McClure & Wilhite, P.C.
1600 N. Ogden St.
Denver, CO 80218

*Attorney for Sawaya Rose McClure & Wilhite, P.C.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of January, 2018, a true and correct copy of the foregoing **PARTIES' STIPULATED MOTION TO DISBURSE FUNDS FROM THE REGISTRY OF THE COURT** was filed and served via CM/ECF and mailed, via U.S. Mail, first-class postage prepaid to:

Michael Angelo
610 6th Street
Bennett, CO 80102-8012

Robert Caldwell, Esq.
Sawaya Rose McClure & Wilhite, P.C.
1600 N. Ogden St.
Denver, CO 80218

Internal Revenue Service
Alex Ryan Halverson, Esq.
U.S. Dept. of Justice-DC-#972
P.O. Box 972
Washington, DC 20044

Colorado Dept. of Health Policy and Financing
c/o Colorado Attorney General
Ralph L. Carr Judicial Building
1300 Broadway, 10th Floor
Denver, CO 80203

Colorado Department of Human Services
c/o Colorado Attorney General
Ralph L. Carr Judicial Building
1300 Broadway, 10th Floor
Denver, CO 80203

*/s/ Andrew J. Carafelli*
Andrew J. Carafelli

| Form **W-9** (Rev. December 2014) Department of the Treasury Internal Revenue Service | **Request for Taxpayer Identification Number and Certification** | Give Form to the requester. Do not send to the IRS. |
|---|---|---|

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.
Sawaya, Rose, McClure & Wilhite, P.C.

**2** Business name/disregarded entity name, if different from above
The Sawaya Law Firm

**3** Check appropriate box for federal tax classification; check only **one** of the following seven boxes:
☐ Individual/sole proprietor or single-member LLC    ☐ C Corporation    ☑ S Corporation    ☐ Partnership    ☐ Trust/estate
☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶ _____
**Note.** For a single-member LLC that is disregarded, do not check LLC; check the appropriate box in the line above for the tax classification of the single-member owner.
☐ Other (see instructions) ▶

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):
Exempt payee code (if any) _____
Exemption from FATCA reporting code (if any) _____
(Applies to accounts maintained outside the U.S.)

**5** Address (number, street, and apt. or suite no.)
1600 Ogden St

**6** City, state, and ZIP code
Denver, CO 80218

Requester's name and address (optional)

**7** List account number(s) here (optional)

**Part I    Taxpayer Identification Number (TIN)**

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

**Note.** If the account is in more than one name, see the instructions for line 1 and the chart on page 4 for guidelines on whose number to enter.

Social security number: ___ - ___ - ___
or
Employer identification number: 84-0834621

**Part II    Certification**

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 3.

**Sign Here**    Signature of U.S. person ▶ *Jennifer J Spradlin*    Date ▶ January 3, 2017

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** Information about developments affecting Form W-9 (such as legislation enacted after we release it) is at *www.irs.gov/fw9*.

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following:

- Form 1099-INT (interest earned or paid)
- Form 1099-DIV (dividends, including those from stocks or mutual funds)
- Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)
- Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)
- Form 1099-S (proceeds from real estate transactions)
- Form 1099-K (merchant card and third party network transactions)

- Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)
- Form 1099-C (canceled debt)
- Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See What is backup withholding? on page 2.*

By signing the filled-out form, you:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),
2. Certify that you are not subject to backup withholding, or
3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income, and
4. Certify that FATCA code(s) entered on this form (if any) indicating that you are exempt from the FATCA reporting, is correct. See *What is FATCA reporting?* on page 2 for further information.

Cat. No. 10231X    Form **W-9** (Rev. 12-2014)